IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| **Leslie Weller,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 1:17-cv-08799 |
| | ) |
| **Gillian Flynn, Penguin Random House LLC** | ) |
| **d/b/a Crown Publishing Group, Arnon Milchan,** | ) |
| **Regency Enterprises, Inc. Bruna Papandrea,** | ) |
| **Laura Jeanne Reese Witherspoon, Ceán Chaffin,** | ) The Hon. Judge John Robert Blakey |
| **TSG Entertainment Finance LLC, Joshua Donen,** | ) |
| **Leslie Dixon, Artemple-Hollywood LLC, New** | ) |
| **Regency Productions, Inc., Twentieth Century** | ) |
| **Fox Film Corporation, and David Fincher,** | ) |
| | ) |
| **Defendants.** | ) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Thursday, January 18, 2018, at 9:45 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge John Robert Blakey, of the United States District Court for the Northern District of Illinois, in courtroom 1203 usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendants' **UNOPPOSED MOTION TO ALTER/EXTEND TIME TO RESPOND TO COMPLAINT**, a copy of which has been served upon you.

Dated: January 12, 2018    Respectfully submitted,

**GILLIAN FLYNN AND PENGUIN RANDOM HOUSE, LLC d/b/a CROWN PUBLISHING GROUP**

By:    /s/ Kevin Tottis
One of Their Attorneys
Kevin Tottis (ARDC No. 6193853)
ktottis@tottislaw.com
Monica L. Thompson (ARDC No. 6181455)
mthompson@tottislaw.com
Rachel M. Vorbeck (ARDC No. 6238297)
rmvorbeck@tottislaw.com
TOTTISLAW
One East Wacker Drive
Suite 1205
Chicago, IL 60601
Tel: (312) 527-1400
Fax: (312) 589-7192

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

Kevin Tottis, an attorney, states that the foregoing **UNOPPOSED MOTION TO ALTER/EXTEND TIME TO RESPOND TO COMPLAINT** was served electronically by transmission through the Court's CM/ECF Filing system, on January 12, 2018, upon:

Adam E. Urbanczyk
adamu@ziliak.com
Ziliak Law, LLC
141 West Jackson Boulevard
Chicago, IL 60604
Tel: (312) 667-4553

*Attorney for Plaintiff*

| | |
|---|---|
| Ashley Marie Schumacher<br>aschumacher@jenner.com<br>Laura L. Norris<br>lnorris@jenner.com<br>Jenner & Block LLP<br>353 N. Clark Street<br>Chicago, IL 60654<br>Tel: (312) 840-8672 | Andrew Gregory Sullivan (*Pro Hac Vice*)<br>agsullivan@jenner.com<br>David Ransen Singer (*Pro Hac Vice*)<br>dsinger@jenner.com<br>Richard Stone (*Pro Hac Vice*)<br>rstone@jenner.com<br>Jenner & Block LLP<br>633 W. 5th St., Ste. 3600<br>Los Angeles, CA 90071<br>Tel: (213) 239-2263 |

*Attorneys for Twentieth Century Fox Film Corporation*

                                                  /s/ Kevin Tottis
                                                    Kevin Tottis