UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LESLIE WELLER**, | ) |
| | ) Case No. 1:17-cv-08799 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Hon. John Robert Blakey |
| **GILLIAN FLYNN, PENGUIN RANDOM HOUSE LLC d/b/a CROWN PUBLISHING GROUP, ARNON MILCHAN, REGENCY ENTERPRISES, INC., BRUNA PAPANDREA, LAURA JEANNE REESE WITHERSPOON, CEÁN CHAFFIN, TSG ENTERTAINMENT FINANCE LLC, JOSHUA DONEN, LESLIE DIXON, ARTEMPLE-HOLLYWOOD LLC, NEW REGENCY PRODUCTIONS, INC., TWENTIETH CENTURY FOX FILM CORPORATION, AND DAVID FINCHER**, | ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF JOSHUA DONEN

I, Joshua Donen, declare as follows:

1. I provide this declaration in support of my motion to dismiss the complaint in this action. I have personal knowledge of the facts set forth herein, and if called as a witness, I would testify competently to those facts.

2. I am a resident of Los Angeles, California. I have never lived in the State of Illinois. I have no address, phone number, or bank accounts in Illinois. I have not traveled to Illinois in the past seven years (I have only traveled *through* Illinois on my way to Pittsburgh, Pennsylvania). I do not own any property or other assets in Illinois, and I have no ownership

1

interest in any business enterprise based in Illinois or incorporated in Illinois. I also do not conduct any business in Illinois.

3. I am a film producer based in Los Angeles, California. I was one of the packaging producers of the film *Gone Girl.* A packaging producer is one who "packages" various creative elements – actors, directors, writers, or other producers – by bringing them on board to work on a film. In this role, I was responsible for making David Fincher's deal to direct the film and bringing New Regency into the production.

4. All activities that I participated in relating to the film *Gone Girl* took place entirely in California. None of these activities took place in Illinois. In connection with my work on the film *Gone Girl*, I did not visit Illinois, did not transact any business with anyone in Illinois or enter into contracts with anyone in Illinois, and did not have any contact or communication with anyone in Illinois. I never hired or employed anyone in Illinois.

5. I have never done, requested, or paid for any advertising or marketing of *Gone Girl* in the State of Illinois.

6. I do not own any distribution rights for the film *Gone Girl.* I have never overseen or supervised the distribution of the film *Gone Girl.* Twentieth Century Fox Film Corporation ("Fox") is the distributor of the film *Gone Girl* within the United States. In my role as a producer, I did not have the authority to shut down production or distribution of the *Gone Girl* film.

7. I am not Fox's principal, nor is Fox my agent.

8. I do not know, nor have I ever met, plaintiff Leslie Weller. I have never read any version of the screenplay purportedly written by plaintiff Weller, entitled *Out of the Blue*. I have never read any other screenplay or script written by Weller.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of January, 2018 at PITTSBURGH

JOSHUA DONEN