**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Leslie Weller
                      Plaintiff,

v.                                                  Case No.: 1:17−cv−08799
                                                       Honorable John Robert Blakey

Gillian Flynn, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 15, 2018:

      MINUTE entry before the Honorable John Robert Blakey: Status and motion hearing held on 2/15/2018. Any answer, and or motion to dismiss, shall be filed on or before 3/1/2018; response shall be filed on or before 3/22/2018; reply shall be filed on or before 4/12/2018. Agreed oral motion to stay discovery, including MIDP discovery, is granted. Oral agreed motion to file excess pages up to 20 pages is granted as to all sides. Motion hearing set for 5/8/2018 at 9:45 a.m. in Courtroom 1203. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.