# Exhibit B



# COPY OF DEPOSIT

# PAu 3-350-973

## (SR 1-74096967)

**NOTE:** Deposit submitted electronically bear no identifying marks.

*OTB3*

by

Leslie Weller

P.O. Box 50937
Oxnard, CA 93031
805-370-9242
Copyright 2007, Leslie Weller
All Rights Reserved
Novel Rights Reserved

FADE IN:

EXT. CAR - DAY

An SUV at dead rest in a nest of broken foliage. The windows are badly cracked, the hood damaged beyond repair. Thorny brush stabs the driver's side window and all around the car.

FROM A DISTANCE

The car is surrounded by shrubby wilderness. Dust whirls in the air. Slowly settles.

INT. CAR

CLOSE UP of a face (MARY, late 20s) covered in blood; eyes barely open.

                    JUNE (V.O.)
              (an older woman's voice,
               questioning, troubled)
         Do you ever really know anyone? I
         mean, deep down, do you really know?

INT. CAR

Mary, in the driver's seat, is smeared in blood. The air bag is deployed; seatbelt tight across her lap. Her hand jerks slightly. Barely conscious, she gazes through the broken windshield, sees a bird land on a bush.

                    JUNE (V.O.)
         You haven't been together very
         long. --Mary, are you listening.

Mary stares at the bird.

Its wings flap.

Mary's hand stops moving.

TITLE: BEFORE THE FALL

INT. DARK ROOM - UNKNOWN - NIGHT

A man (STEVE ELLIS, early 30s) is spread prone on a slick linoleum floor (in spite of his jeans, the clean cut, frat boy look shines through). He moans, either injured or drunk; hard to tell. The room is nightclub dark with flashes of light that slash across his face. From his point of view, the room is filled with a cacophony of indecipherable voices. He turns his head slowly to see...

A woman's legs in stylish, skin-tight pants stroll by.
A moment later, two pairs of posh mini-skirted legs amble
by. The two party girls laugh, fall into each other. As
they pass, one addresses Steve.

                    PARTYGIRL
          Just 'cause I said no? Oh, baby,
          you used to be so good.

Steve tries to move. It's clear - he's blasted.

Another pair of women's legs slowly approach - simple,
demure skirt to her knees. She stops next to Steve.

                    MARY
          Hey, do you need help?

Steve doesn't answer. The legs wait another moment.

                    MARY
          Okay then.

Steve watches the legs depart then he suddenly reaches out,
grabs her ankle. His voice a rasp.

                    STEVE
          Yes.

The woman turns. Steve loosely holds her ankle in his hand.
His hand drops away as she moves closer, stands next to him.

                    MARY
          One question... can I trust you?

Steve hesitates...

                    STEVE
          No.

                    MARY
          That's honest. So guess I can.

Another pair of legs, a man's this time (CARL, 30s, in
Wal-Mart's best blue jeans), approaches, stops next to the
woman.

                    MARY (to Carl)
          Give me a hand.

Carl hesitates. Mary goes it alone. She stoops. Steve now
sees her face (pretty, but doesn't flaunt it; vulnerable
demeanor). Steve tries to sit himself up with Mary's help.

                        MARY
                    (pleading)
            Carl.

Reluctantly, Carl helps raise Steve to his feet. The three
head out the front door of what is now clearly a night club.

EXT. NIGHT CLUB

Mary and Carl, Steve between them, exit the nightclub, stop
at the curb.

                        MARY
            Where can we drive you?

Steve points to an SUV nearby.

                        MARY
            No, I don't--

                        STEVE
                  (flirting)
            Worried about me?

                        CARL
            This is bullshit.

                        MARY
            I'm worried you might hurt someone.
            I'm worried you don't give a damn.

                        STEVE
            Ew! Not true. I'm a lovely guy. Just
            going to crawl in the back... awhile.

Steve pulls his keys from his pocket, wobbles toward his car.

                        CARL
            Let's get out of here. This isn't
            our... Call the cops.

Carl turns away, but Mary catches up to Steve, snatches his
keys. Carl is pissed, but follows.

                        MARY
            Where's the spare. Come on
            lovely guy.

She reaches out her hand. Steve's amused by this woman.

                        STEVE
            Marry me.

                          CARL
                  What the fuck?

                          MARY
                  He's drunk.

                          CARL
                  I don't give a shit.

Mary's hand is still out. Steve studies her before replying.

                          STEVE
                  Under the bumper.

Carl fumes while Mary searches for, locates the keys.

                          MARY
                  I'll come back in the morning, give
                  you your keys. What's your name?

                          STEVE
                  I'll tell you in the morning.

                          MARY
                  Sweet dreams.

Mary walks past Carl, who notices Steve blow her a kiss.
Carl's clearly annoyed by the whole exchange. He catches up
to Mary at his...

TRUCK

He speaks without looking at Mary.

                          CARL
                  That was great. Just great.

EXT. NIGHTCLUB - MORNING

The SUV stands alone in the desolate parking lot. A red
sports car approaches, parks next to the SUV. Mary steps out,
looks around. No movement anywhere.

She gazes through the SUV's windows. Steve's not there. She
looks around again, places the two sets of keys in the spare
key box and places it under the front bumper.

Back in her car, Mary slowly drives through the parking lot,
looks around as she passes a line of shrubs. Steve steps
from behind a shrub directly in front of Mary's car.

Mary's car screeches to a stop. Irate, she hops out.

> MARY
> What are you doing! You like the
> edge, don't you?

> STEVE
> Steve.

> MARY
> What?

> STEVE
> My name's Steve.

He stares at her a moment. Something about him...

> MARY
> Mary.

Steve motions toward his unscathed self.

> STEVE
> I trust you.

> MARY
> That was stupid.

> STEVE
> Just had to take a piss.

> MARY
> A city boy like you.

> STEVE
> We're full of surprises. But you
> prefer... what's his name.

> MARY
> Carl.

> STEVE
> So get to know me.

He strolls toward Mary, but she turns, walks away.

> STEVE
> I'm not that type... who you think
> I am. --I'll pick you up tonight.
> Six-thirty sharp.

Mary turns her head back, gives him a look.

> STEVE
> Your license. I have connections.

Mary ignores him, gets in her car. Steve studies her.

                    STEVE
          Six-thirty! I don't like to wait!

Steve watches confidently, oddly confidently, as Mary drives
away.

INT. ITALIAN RESTAURANT - EVENING

Steve's manner is charming, easygoing; in spite of his
casual dress, a hint of "well-bred" about him.

                    MARY
          I usually don't pick up strangers,
          especially off the floor.

Steve studies Mary.

                    STEVE
          Ever careful. Never been too far from
          home. In control. Where's the fun in
          that? And see, you took a chance and
          we're no longer strangers.

Mary studies Steve.

                    MARY
          Resentful... of his step up in
          life. Has to prove himself. Not
          careful enough--

                    STEVE
          Enough pop psy. So what's...
               (trying to remember)
          Carl like? What's he not got that
          I haven't not got?

                    MARY
          Don't be rude.

Mary smiles in spite of herself.

                    MARY
          He tries.

                    STEVE
          Lovers? Never mind. I don't want to
          know, especially since it's <u>over</u>.

Mary can't believe this guy.

                    MARY
          ...can't handle rejection.

The waiter appears. They each order dinner. Mary asks for
tea. Steve orders a glass of wine.

                    MARY
          One glass? Doesn't seem like you.

                    STEVE
          Last night... You found me at the
          end of an era. The last hurrah.
          That's not my life anymore.

                    MARY
          You got blasted to celebrate the
          end of getting blasted?

                    STEVE
          Sounds illogical, right?

                    MARY
          Uh, huh.

Steve sits back, ready to explain.

                    STEVE
          I'm in sales. Nothing high end.
          My usual crowd... it's not their
          thing. But that's okay. --I think
          you know what relying on your own
          wits is all about.

He stabs the cherry tomato in his salad, bits into it, grins
at Mary. She stares back at him.

                    MARY
          You're so sure of yourself.
               (slices into her steak)
          That's what you've got.

She takes a bite of her steak. Steve smiles confidently.

                                        CUT TO:

EXT. TOWN - SUNSET

Aerial view: A pleasant, tree-dotted, mid-size town. A few
puffs of cloud mist the darkening sky. Below, is a small
church. Cars crowd the parking lot.

                    JUNE (V.O. (repeat of opening))
          Do you ever really know anyone? I
          mean, deep down, do you really know?
          --Mary...

INT. CHURCH - PRIVATE ROOM - CONTINUOUS

Mary, giddy and girlish, adjusts her wedding dress in a
mirror. On a nearby dresser sit romantic, flickering candles.

Mary's mother, JUNE (50s, subdued, worn from a hard life),
is dressed in a simple gown.

> JUNE
> And his parents. I just--

> MARY
> They'll learn to love me, as
> you'll learn to love Steve.

> JUNE
> I do... I do like him. I like
> him... But I've heard things.

> MARY
> Never mind about those things.

> JUNE
> Why don't you marry Carl?

> MARY
> Carl's still a boy.

June thinks about that.

> JUNE
> But a nice boy. I don't understand
> this. You're always so careful,
> always so planned about what you
> want. You hardly know this man--

> MARY
> *Steve*, Mother. I know Steve; he's
> everything to me...
> (stares into the
> mirror, deep into
> her fantasy world)
> ...my dreams, my future.

A soothing wind blows in, ruffles the curtains. Candles
flicker.

> JUNE
> I see signs of rain.

> MARY
> There are no signs of rain.

                                JUNE
                  Why does he want to marry you in
                  the dark?

                                MARY
                  It's beautiful, romantic -- what
                  dreams are made of.

                                JUNE
                  The signs aren't good. I see no
                  sign you should marry this man...
                  Steve.

June's apprehension bothers Mary. She brushes it off.

                                MARY
                  Please, Mother, no more of your
                  superstition.

                                JUNE
                  Superstition predicted your father
                  would leave. I didn't listen. I
                  provided. It was hard. That's what
                  I tell you but you don't listen.
                  Watch the signs. Nature tells us
                  things. It whispers.

                                MARY
                  It's whispering you're wrong.
                  Everyone's wrong.

June steps closer. A note of pleading.

                                JUNE
                  What if I'm right? It's not too
                  late.

Mary, growing reflective, moves in front of a full-length
mirror. Fully aware of potential consequences, she places
the veil on her head.

                              MARY
                  Steve loves me.

June nods weakly. They head toward the door. June arranges
the dress' train. She smiles now.

                              JUNE
                  You were always like that.

Mary turns her gaze toward June, reveals a confident smile.

                          JUNE
                Always so positive things will
                go your way. Never a doubt.

Mary moves to kiss Juneís cheek, instead whispers in her ear.

                          MARY
                Doubt delays dreams.

INT. CHURCH - CONTINUOUS

MR. and MRS. ELLIS (late 50s, expensively dressed) sit in the
front pew on the groom's side. Steve's brother (MARK, late
20s), stands beside them - a visible wedge between them.

Mary, radiating happiness, and June, ready to give away the
bride, appear at the back of the church.

Mr. and Mrs. Ellis slowly stand. Their demeanor is respectful
but strained - the type who prefer not to mix with anyone
outside their class.

As Mary passes by, she looks straight ahead, gaze focused
on...

Steve, who stands in front of the PRIEST.

PULPIT - LATER

Steve and Mary face each other in front of the priest.

INTERCUT SHOTS OF GUESTS as the priest's words echo and fade
into the distance.

                          PRIEST
                ...do you, Steve Ellis, swear
                to cherish Mary, for better, for
                worse, for richer, for poorer, in
                sickness and in health, until death
                do you part?

Mrs. Ellis stands ridged, emotionless.

                          STEVE
                I do.

June crosses herself, closes her eyes, shuts it out.

EXT. NEIGHBORHOOD - DAY

Bright, clear blue day as we drift through an older
neighborhood of simple, one-story "starter homes." The only
plus: decent-size lawns. We stop in front of a...

SMALL HOME

With worn paint and sunburned lawn. Steve's SUV and Mary's
red sports car are parked in the driveway. The open garage
door reveals an area crowded with work benches, house paint,
home repair supplies. No room for a car.

A HAMMER is heard from somewhere inside the home.

INT. HOME - SPARE ROOM - CONTINUOUS

Mary stands on a ladder, reaches up high with her paint
brush, stops at the site of cobwebs. She brushes them away
with her hand. The HAMMERING echoes from another room. Mary
steps higher on the ladder.

In spite of the cobwebs and cramped feeling, light flows
through the room. The intense light at the window warms
Mary's face. She smiles.

HALLWAY

In contrast to the kitchen, the hallway is desolate, dark,
lonely. The HAMMERING echoes down the hallway. Stops.

SPARE ROOM

Mary reaches up again with her paint brush, barely able to
reach the molding. Steve appears in the doorway; a hammer
hangs from his hand. He approaches, concerned.

                    STEVE
          Hey, honey, let me do that.

                    MARY
          I'm fine.

                    STEVE
          No, come on. I want to keep you
          around awhile.

Mary smiles that she's fine. Steve looks around.

                    STEVE
          It's looking good in here. Another
          four months--

                    MARY
          Four months!

Mary drops her paint brush into the can, feigns she's ready
to collapse.

                         STEVE
               My mistake. I thought you were
               tough. You look like a tough broad.

He's kidding. Mary smiles.

                         MARY
               I am.

She pops a bicep under her blouse. Steve barely gives it a
feel - clearly not impressed. He swipes the brush from the
paint can, slips it into her closed fist. It appears she's
wielding the paint brush. Mary is at once amused and
slightly offended.

Steve motions for Mary to get back to work, turns to leave.

                         MARY
               You know... they never visit us
               here. But I don't blame them...
               What would their neighbors say?

Steve studies the wall, oddly serious. He looks up at Mary.

                         STEVE
               Don't do that. It's not about them.

                         MARY
               I know. But we've been so busy
               and... don't you want to know who
               you married?

Steve walks up to the ladder, smiles up at Mary, almost leers.

                         STEVE
               I like surprises. Don't you? That's
               what makes it so interesting.

Steve's dead on stare causes Mary to momentarily lose her
balance. Steve reaches a hand out, steadies the ladder.

                         STEVE
               You sure you're okay?

                         MARY
               Sure.

Mary smiles weakly as Steve turns, leaves the room.

INT. STEVE AND MARY'S HOME - BEDROOM - NIGHT

Mary and Steve are in bed, quietly making love. When it's
over, they smile, a gentle kiss. Steve rolls off. A moment

later, he turns to the nightstand, picks up the TV remote, clicks the TV on to late night news.

Mary stares at the ceiling; a look of disquiet.

> MARY
> Why did you marry me?

> STEVE
> What? I married you because I love you.

> MARY
> (uncertain)
> Why do you love me?

> STEVE
> Because... because we share the same goals, the same values. ...Stop worrying about my parents.

> MARY
> And what is it about your brother? He seems the odd man out.

> STEVE
> His decision.

> MARY
> That he's gay?

> STEVE
> We don't get along. Simple as that.

Mary turns to Steve, kidding now.

> MARY
> Maybe he knows secrets about you... all your old girlfriends...

> STEVE
> Not a thing. Look, all that matters is how I feel and how you feel. You going to let anyone stand in the way of that?

Mary smiles confidently -- secure again.

> MARY
> I never do.

Steve smiles warmly in response.

                         STEVE
                    Neither do I.

EXT. STEVE AND MARY'S HOME - FRONT YARD - DAY

A pleasant, cool day. The home is painted, the lawn mowed,
dotted with flowerbeds, shrubs, and a small tree with leaves
turning autumn gold and brown.

INT. MARY AND STEVE'S HOME - LIVING ROOM - DAY

New carpet, furniture, paint, wall hangings, and other items
appear settled in.

FOYER

The linoleum has been ripped out of the four foot square
entryway. Ceramic tile has been set, is left to dry.

                         STEVE (O.S.)
                    Hey, hon', where are you?

Steve turns the corner. Stops short when he sees the tile.

                         MARY (O.S.)
                    In here.

KITCHEN

Steve enters, stands in the doorway, sees Mary on a ladder,
pasting a piece of decorative border along the top edge of
the wallpaper.

                         STEVE
                    What happened to the linoleum? It
                    was fine.

Mary steps down the ladder. Wipes her hands on a towel.

                         MARY
                    Meaning?

                         STEVE
                    Meaning I don't want a museum.

He gives Mary a glance over.

                         STEVE
                    What's wrong with plain and simple?

Mary's not certain if he's referring to her or the linoleum.

                         MARY
                    I did it for you.

Steve turns to leave the doorway.

                    STEVE
          The linoleum was fine.

INT. GARAGE - LATER SAME DAY

Steve replaces the garage door opener. He presses the
remote. The door closes, leaving him in the dark except for
diffused light that flows through small, rippled-glass
windows that run eye-level along the garage door. Steve
smiles at his success. Then something catches his eye
through the windows. He squints but can only make out the...

Blurred, watery figure of someone moving up the lawn toward
the front door.

FOYER

The doorbell RINGS. Mary tests the tile, walks across it,
opens the door. Carl stands before her. Mary is suddenly
perky.

                    MARY
          Carl!

They immediately embrace, Mary holds on like she needs a
good friend.

Steve rounds the corner, is annoyed when he sees Carl, but
walks over. Carl releases Mary, steps inside and closes the
door; he glances down.

                    CARL
          Nice tile.

Steve's expression tightens. Mary notices.

                    MARY
          Thanks.

Carl reaches out to shake Steve's hand.

                    CARL
          Hey, takin' care of my girl?

Steve reluctantly shakes Carl's hand.

                    STEVE
             (subtly mimicks Carl)
          'Course, she's my woman now.

This goes right over Carl. But Mary looks uncomfortable. She
takes Carl's hand.

                         MARY
                Come see what we've done with the
                house.

Mary leads Carl into the...

LIVING ROOM

Still holding Carl's hand, she indicates the room with her
other hand.

                         MARY
                How do you like it?

Steve stands in the b.g., watching them.

                         CARL
                It looks great.

                         MARY
                We've been at it every weekend
                for months now.

                         CARL
                Well then, you need a break.

                         MARY
                How about a beer?

KITCHEN

Mary takes two beer cans out of the fridge. Closes the
fridge door. Steve stands nearby - annoyed.

                         STEVE
                Too early for me, but thanks.

                         MARY
                I already know that.

She holds up the two beer cans. Steve feels dissed. He
glances out the kitchen window.

                         STEVE
                I'll be outside.

He steps out the back door.

Carl walks into the kitchen, glances at Steve out the
window. He smiles. A hint of triumph.

LIVING ROOM

Mary and Carl sit close to each other on the sofa. Carl pays
attention with a subtle possessiveness.

                    MARY
          ...and every Saturday evening we
          go out for pizza and a movie. We
          listen to all kinds of music -
          never too loud--

                    CARL
          But how's it going?

                    MARY
          It's going.

Carl takes a sip of beer.

                    CARL
          Too prideful to let his daddy buy
          him a nice home?

                    MARY
          He wants to do it his way.

                    CARL
          What's his way?

Mary motions to the room and all the work they've done.

                    CARL
          Well you seem... bored?

                    MARY
          No. Steve's just...

Carl raises his brow as though to ask, "What?"

                    MARY
          ...my husband.

Carl leans closer.

                    CARL
          The problem is, Steve doesn't know
          you very well -- not like I do.

Mary pulls back, leans against the sofa cushion - stares
Carl in the eye.

                    MARY
          But you know I'm in love.

Carl holds up his beer can to salute Mary.

> CARL
> Can't argue with that.

Mary raises her can. They both take a swig.

EXT. MARY AND STEVE'S HOME - BACKYARD - CONTINUOUS

Steve stomps down hard on the last paver stone.

INT. MARY AND STEVE'S HOME - KITCHEN - DAY - LATER

Mary steps high on the ladder, finishes pasting the border.

> STEVE (O.S.)
> Did you have a good time?

Mary is startled. The ladder rocks beneath her. Steve glances at the ladder, doesn't move to help. Mary steadies herself.

> MARY
> There's nothing to be jealous about.

Steve goes to the fridge, gets a can of beer, pops it open.

> STEVE
> I didn't say I was jealous. I asked
> if you had a good time. Why do you
> stay in contact with him?

> MARY
> Who, Carl? He calls.

> STEVE
> You let him.
> (moves closer)
> I don't trust him.

Mary seems amused.

> MARY
> Carl's an old friend. He's harmless.

Steve moves in even closer, looks up at Mary.

> STEVE
> *Why* do you stay in contact with him?

Mary grows uncomfortable by the questioning.

> MARY
> I need to get back to work.

She turns back to her task. Steve quietly stands there watching Mary while he sips his beer.

                    STEVE
          Too busy to go out this evening?

                    MARY
          Of course not.

                    STEVE
          Then let's go out. Have some fun.
          We'll do something different this
          time? For once.

Mary hesitates. Had Steve been listening in?

                    MARY
          I'm open.

                    STEVE
          How about the beach?

                    MARY
          I like it. So which restaurant?

                    STEVE
          No, the *beach*. Push our toes in the
          sand. Go swimming. You like to swim.

                    MARY
          Sure but--

                    STEVE
          We can stop along the way and get
          sandwiches. It'll be fun.

Mary ponders this sudden change in Steve's mood. Can't pinpoint it.

                    MARY
          Let's go.

EXT. HIGHWAY ALONG THE OCEAN - EARLY EVENING

Small shops and restaurants line the roadway. Steve's SUV pulls off into a parking lot.

ALONG THE BEACH - LATER

Mary and Steve stroll the strand, an arm length apart.

EXT. SHELTERING COVE - LATER

Mary and Steve sit on a beech towel just inside a cove, eating their sandwiches. A few people wander the beach in the distance.

LATER

The dark beach is deserted except for Steve, who remains in the cove while Mary runs toward the moonlit surf. Dives in.

OCEAN - LATER

Mary swims alone in dark water.

SHELTERING COVE - CONTINUOUS

Steve sits at the lip of the cove, facing the ocean. PAN AROUND to his EYES: silently, intently watching...

MARY

floating on her back. Above, she sees two meteorites - one after the other - shoot across the sky, headed toward the sea. Suddenly troubled, she swims back to shore.

INT. MARY AND STEVE'S HOME - LIVING ROOM - NIGHT

Mary, in a bathrobe, is on the phone, talking softly.

                    MARY
          ...you don't believe in that, do
          you? ...I know it's silly. ...I
          don't know. It frightened me.

Steve stands in the bedroom doorway, quietly listening.

LATER

Mary, in night clothes, heads toward bed, hears SOFT MUSIC coming from the living room.

LIVING ROOM

Mary enters to see Steve sipping a brandy, adjusting the stereo settings.

                    MARY
          Isn't it a bit late?

Steve doesn't answer, still focused on the stereo. Mary starts to walk away, but Steve reaches out and softly takes her hand. He puts down his glass, gently pulls Mary to him.

                    STEVE
          Trust me?

He draws Mary close, then breaks his hold, keeps his eyes on
her as he slowly moves behind her. Mary just stands there,
wondering what's going on.

Now Steve holds Mary intimately close, his arm outstretched
with hers, his other arm around her waist - but from behind.
They slow-dance like this. This isn't the Steve Mary knows.
She's uneasy, tries to make light.

                    MARY
          This is dancing?

Steve stops. Mary looks confused. Then Steve steps to the
side, pulls Mary along. This takes Mary off balance. She has
to rely on Steve to guide her - looks uncertain that he will.

Steve moves his cheek closer, over Mary's shoulder, subtly
nests his head next to hers. Then he steps sideways again,
pulling her along, tips her to the side, keeping her off
balance, then balanced, then off balance.

He continues in this way, gazes down at Mary in a manner
soft and subtle, then not soft, not subtle, like he wants to
"dance" in a manner they haven't yet tried.

Mary senses this, now moves with the rhythm. Her breath
quickens. She moves away, breaking Steve's hold.

Steve looks at Mary walk away as though she just got up in
the middle of a more intimate act. Mary only barely turns
her head to ask...

                    MARY
          Night cap?

Steve picks up the brandy he was already drinking.

                    STEVE
          ...Sure.

INT. GARAGE WORKSHOP - MORNING

Mary is dead focused on cutting slender, copper tube into
12-inch lengths.

Steve walks into the garage, notices Mary focused on her
project.

                  STEVE (O.S.)
          Why didn't you just buy one?

Mary is startled, seemingly by Steve himself, not just
the sudden interruption. She cuts the tube wrong.

                    STEVE
        Something wrong?

                    MARY
        No.

She tries the cut again.

                    MARY
        This means more.

EXT. BACKYARD OUTSIDE KITCHEN WINDOW - SHORT TIME LATER

Mary hammers a nail into a bracket on the wood siding. She
places a metal ring over the bracket, stands back to see...

Wind chimes assembled from the copper tube. Mary gives it a
swipe. A COPPERY CHIME fills the air. She watches for a few
moments, relaxes as the chimes twirl and CLING.

Enjoying the moment, Mary turns her head, notices an object
low to the ground near a corner of the backyard: a white
sheet covering what looks like a sprawled body. Hesitant,
she moves toward it as...

Steve walks up behind Mary. He stares at the sheet.

                    STEVE
        What's that?

                    MARY
        You didn't put it there?

                    STEVE
        No.

Steve heads toward the object. Mary follows, looking uneasy.

Mary catches up to Steve who's stooped next to the sheet. He
unpins an attached note.

                    STEVE
        "To Mary and Steve. I know what you
        want, so thought I'd get you started.
        --Carl."
            (looks around)
        When would he have--

                    MARY
        I don't know.

Steve, lackadaisical now, motions for Mary to "open" the present.

                    STEVE
          Be my guest.

Mary slowly stoops, grabs an edge of the sheet, hesitates.

                    STEVE
               (goading)
          A one, and two, and...

Steve suddenly rips off the sheet, revealing a preformed pond.

Mary looks relieved. But Steve is tight-lipped.

                    MARY
          I think it's lovely.

Steve dismissively tosses the note back into the pond.

                    STEVE
          That's great. --Better start
          diggin'.

INT. MARY AND STEVE'S HOME - KITCHEN - EVENING

Mary finishes placing dishes into the dishwasher. She glances out the window at the pond, still as they left it.

A trash bag sits on the floor. Mary ties the top, then walks into the...

LIVING ROOM

Takes two steps.

                    MARY
          Can you take out the--

Steve stands near the sofa. A hunting rifle in his hands, pointed straight at Mary.

A moment later, he lowers the rifle, blows dirt off the scope.

                    STEVE
          I thought you were outside.
               (off her look)
          It's not loaded.

                    MARY
          Loaded or not. You don't aim
          inside a home... unless you
          mean to shoot.

                         STEVE
               Just checking the sight.

                         MARY
               Why do you have to leave tonight?

                         STEVE
               A hunt starts early.

                         MARY
               Our first holiday weekend where
               we don't have repairs, and you
               go hunting?

                         STEVE
               I usually go for the whole weekend.
               The cabin's getting dusty.

                         MARY
               What about us?

                         STEVE
               I'll be back by four. We'll have
               the whole evening. --What were
               you asking me?

                         MARY
               Never mind.

She heads back into the kitchen.

EXT. MARY AND STEVE'S HOME - LATER THAT NIGHT

Steve, decked out in jeans and plaid shirt, throws a bag and
other items into the back seat of his SUV.

MOMENTS LATER

Steve's car leaves the driveway, disappears down the shadowy
street.

INT. BEDROOM - NIGHT - LATER

Mary is in bed alone, almost asleep. From outside, a distant
soft CLINK now and then from the wind chimes. Then...

A sudden BANGING OF CHIMES as though a gust of wind blew
through. Mary comes out of her sleepy state. She turns to
where Steve would be sleeping beside her. Turns back,
disturbed. Listens.

EXT. NEIGHBORHOOD - JUST BEFORE DAWN

The neighborhood is asleep, deserted, quiet.

INT. MARY AND STEVE'S HOME - GARAGE - CONTINUOUS

A light FLICKS on in the darkened garage. It's Mary. She
presses a button. The garage door begins to open. Mary walks
toward it, doesn't notice...

The shadowy jean-covered legs of a person standing where Mary
is approaching, just on the other side of the door.

As the door slides up, Mary comes face-to-face with the
unknown person. She jumps back with a start. Grabs her chest
from the fright.

                    MARY
          Carl! Jesus!

                    CARL
          I heard someone in here.

Carl steps into the garage, looks around. Gazes straight
into Mary's eyes.

                    CARL
          Knew it wasn't rats -- they
          don't open garage doors.

                    MARY
          What are you doing here?

                    CARL
          What? You're not happy to
          see me?

Carl notices the empty parking space next to Mary's.

                    CARL
          So, lover boy's not here?

                    MARY
          Steve's on his--

                    CARL
          Hunting trip. That's right.
          Likes to go alone, huh? Too bad.

Carl kisses her, places his arms around her. Mary pulls back,
looks around for anyone who might have seen.

                    MARY
          Carl!

He reaches up, closes the garage door.

                              MARY
                  You have to go. You know we can't--

Carl grabs her again, holds her forcefully against him. Mary
struggles as he kisses her, continues to struggle, but
then... she falls into it. A passionate kiss.

After a moment, she pulls away. Carl smiles at his success.
That was good enough. He opens the garage door.

                              CARL
                  Just wanted to stop by. I had a
                  feeling you'd be up early. You
                  always used to.

He moves toward her again. Mary backs off slightly, looks
around, worried. Carl looks annoyed by that. He stops.

                              CARL
                  I'm heading out to the speedway.
                  Thought I'd take the lonely wife
                  with me.

                              MARY
                  You know I can't.

Carl puts his hands up in defeat, then, a gesture of sorrow.

                              CARL
                  It breaks my heart.

Mary doesn't respond. She watches as he heads back toward
his car.

EXT. MARY AND STEVE'S HOME - BACKYARD - DAY

A shovel digs into fresh dirt.

Mary digs a hole for the pond.

INT. MARY AND STEVE'S HOME - KITCHEN - LATER

Mary, dirty, walks in from the back door. Goes to the
fridge, gets bottled water. Looks at the clock: 4:40 p.m.

Mary picks up the kitchen phone. Makes a call. No answer.

EXT. MARY AND STEVE'S HOME - LIVING ROOM - LATER

Mary, cleaned up, walks into the room. The clock on the wall
reads 5:23 p.m.

Mary looks out the front window at the darkening streets.
Nothing there. She goes to the phone, dials.

FOOTSTEPS sound from the hallway, move slowly toward the
living room. Mary, startled, looks that way.

Steve walks in. Mary's expression says she's either relieved
or pissed.

> MARY
> Where have you been? I didn't
> hear you come in.

> STEVE
> You left the garage door open.

> MARY
> I tried calling, but you didn't
> answer.

Steve pulls his cell phone from his pocket. Holds it up.

> STEVE
> Dead. You didn't worry, did you?

> MARY
> Just wondered what happened.
> The day's almost over.

> STEVE
> Yeah and I'm tired.

> MARY
> So... did you "catch" anything?

> STEVE
> Uh... no. Look, it's been a
> long day. I just want to relax.

> MARY
> Sandra's party is tonight.

> STEVE
> Shit! Yeah, I forgot.

He turns as though to head toward their room, stops.

> STEVE
> Oh, uh, one thing... Where
> did this come from?

Steve pulls a crumpled beer can from his jacket pocket.

> STEVE
> It was next to the driveway.
> Did we -- you -- have a
> visitor?

Mary doesn't know how to answer.

                    MARY
          No. Look... no, or--

                    STEVE
          Or? Or what? Or yes?

Mary prepares to defend herself.

                    MARY
          Fine. Carl was here, for about
          a minute. The beer can? I don't
          know where that came from. I
          told him to leave.

Steve heads toward the...

KITCHEN

Mary follows. Steve tosses the bear can back toward her,
then goes to the fridge, pulls out a beer. Mary looks
defeated, then rallies. She tosses the can into the trash.

                    MARY
          I thought you'd be proud of me.

Steve raises his beer can to Mary.

                    STEVE
          Here's to proud Mary. Cheers.

He takes a big swig.

KITCHEN - EVENING

Now in nicer clothes, Mary takes a tray of hors d'oeuvres
out of the fridge. On the shelves sit three six-packs of
beer, one with only two cans left. Mary stares a moment,
places the cans into a paper bag.

LIVING ROOM

Mary enters the room through the kitchen door. Spots Steve
drinking a beer, watching television. Steve can feel her
behind him; knows what she's about to say.

                    STEVE
          I'm ready. I've been ready.

                    MARY
          Then let's go. Can you get my
          purse?

INT. GARAGE

Mary places the paper bag and tray on the ground next to
Steve's SUV in the darkened garage.

Steve walks up unsteadily as Mary takes her purse, digs for
her keys. Steve leans into her.

                MARY
      In the back, big boy. I don't want
      you falling all over me while I'm
      driving.

                STEVE
       (drowsy)
      Why not? That could be fun?

He just stands there. Mary's growing annoyed.

                MARY
      Come on Steve, we're running late.

Steve heads toward the back car door.

                STEVE
      Take the back road.

Mary thinks about it.

                MARY
      Fine.

Steve slides into the back seat, lies across it.

Mary places the tray on the front seat and beer on the
floorboards. She goes around, gets in the driver's side.

INT. CAR

Mary straps her seatbelt. Steve, groggy, presses a button.
Rolls down the back window, inhales the fresh air.

                STEVE
      How about some music?

Mary turns on the radio. The garage door opens.

                STEVE
      Come on, keep me awake.

Mary turns up the stereo. As the car backs out, a street
lamp near the end of the driveway suddenly lights the
interior of the car, making it strangely stark. The car
backs away from the light, enveloped by the night.

EXT. TWO LANE MOUNTAIN ROAD - NIGHT

The car moves along a high, winding road that hugs the side of the mountain. From the look of the cracked asphalt, this road is barely maintained, or used.

BACKSEAT

Steve appears to be asleep.

POV THROUGH WINDSHIELD

A desolate stop sign ahead. Mary pulls to a stop. Ahead in the headlights, a deer runs across the road. Mary watches it pass, then pulls out. Continues down the road.

FRONTSEAT

Not too far down the road, a sharp curve lies ahead.

Mary takes the curve, comes out of it to see...

A large rock in the road. Dead center of her lane. Hardly any time to maneuver. Her grip quickly tightens.

A tire bounces over the rock.

SCREECHING of breaks.

The car crosses over the narrow oncoming lane then 40 feet of dirt shoulder.

POV FROM A DISTANCE BACK UP TOWARD THE CLIFF

The car plunges off the cliff's unprotected edge.

Tumbles and tumbles down 200 feet of slope.

Rolls to a stop at the bottom.

Dust settles slowly.

No other movement.

Then... nothing.

FADE TO BLACK

SIRENS in the distance.

FADE IN

EXT. BOTTOM OF A RAVINE - DAY

A gust of wind kicks up a dust devil; it slowly settles over the SUV. Nearby, a bird lights on a bush, flaps its wings -- the only sound.

EXT. MARY AND STEVE'S HOME - DAY

A moving van is parked in the driveway. Movers walk out of the home with boxes loaded onto dollies. The grass, a couple of weeks overgrown.

On the front lawn near the street, a "For Sale" sign. The word "SOLD" over it.

Three neighbors stand together talking, shaking their heads.

The moving van's back door is closed shut. The van pulls out of the driveway, heads down the street, leaving the home empty and dead.

The neighbors walk away, still whispering gossip.

INT. JUNE'S HOME - DAY

June fervently prays in front of a religious display: red glow from a lit candle, statue of Mary and the baby Jesus.

EXT. JUNE'S HOME - DAY

A neighborhood of older, small homes - typical middle class neighborhood of the 50s. The home is bright, pleasant. Nothing upscale. A small yard front and back.

FRONT YARD - LATER

Scalding sun. June picks flowers from a bush near the sidewalk. Sweat beads on her forehead.

A neighbor (ELIZA), wearing a straw hat, approaches slowly.

                    ELIZA
          June.

                    JUNE
          Hello, Eliza.

                    ELIZA
          What pretty flowers.

                    JUNE
          They're all wilting.

Eliza looks concerned.

>                         ELIZA
>               How are you doing?

>                         JUNE
>               Keeping busy. Always busy.

Eliza pats June's hand.

>                         ELIZA
>               The Lord has a way of making
>               things right.

>                         JUNE
>               Mary used to say that.

>                         ELIZA
>               How many times I say to call
>               if you need me?

>                         JUNE
>               I'm fine.

INT. JUNE'S HOME - KITCHEN - DAY

June drinks a tall glass of water. A moment of rest. In her pocket, a TIMER goes off.

BEDROOM

June enters the room, passes medical devices.

At the side of the hospital-style bed, she looks down at...

Mary, who appears asleep. Medical contraptions around her.

June checks one of the machines, then leaves the room.

A sudden light breeze blows in through the window, billows the curtains.

Mary's hand falls off the side of the bed, hangs limply; the fingers move.

Moments later, June enters the bedroom holding a small container of liquid. Notices Mary's hand off the bed. Mary moans. June drops the container, rushes over to Mary.

>                         JUNE
>               Oh, blessed Mother! Mary!

June cautiously touches Mary's face and hand.

                         JUNE
                    Mary!

Mary weakly stares up at her. She looks exhausted, her lips
move to speak. Nothing comes out. June is frantic.

                         JUNE
                    Don't move. Don't move!

Mary looks like she couldn't move even if she wanted to.

June hurries out of the bedroom into the...

LIVING ROOM

She picks up the telephone, quickly dials. Speaks in a rush.

                         JUNE
                    Doctor Brunner. No, I need to
                    speak to him now. Right now.
                    Hurry. Please!

BEDROOM

June hurries back in and over to the bed. She takes Mary's
hand.

                         JUNE
                    Mary! Mary!

She stares at Mary as though she can't believe it. Mary's
mouth tries to move again. June lightly touches her lips to
silence her.

                         JUNE
                    Don't talk now. I called the
                    doctor. An ambulance is coming.
                         (beat)
                    Oh, Mary! It's a miracle. A
                    miracle.

                         MARY
                         (groggy)
                    What... where am I? What happened?

                         JUNE
                    You were in an accident, honey.

                         MARY
                    An accident?
                         (looks around blearily)
                    Why am I here and not at home?

June pats Mary's hand, looks away.

Mary tries to lift herself up, but can't.

                    MARY
          Momma, I can hardly move. I feel
          so weak.

                    JUNE
          You've been bed-ridden, that's all.
          You'll get your strength back.

                    MARY
          How long have I been here?

LILLIE (40s, an LPN) enters the room.

                    LILLIE
          Oh, good Lord! Mary!

She hurries to the bed.

                    JUNE
          Mary, this is Lillie. She's been
          helping me take care of you.

                    MARY
          You said... an accident.

                    JUNE
          We'll talk about that later.

Mary looks as though she suddenly remembers something. She
lifts her head, looks around.

                    MARY
          Steve... Where's Steve? Why
          couldn't Steve take care of me?

Her head falls back, exhausted. June and Lillie glance at
each other.

                    LILLIE
          Now don't you worry about a thing.
          You're still a young lady -- got
          your whole life ahead of you.

Mary tries to remember, grows frantic.

                    MARY
          Where is he?

June and Lillie glance at each other again.

                              JUNE
                    He's okay, honey. He's...
                    he's okay.

EXT. JUNE'S HOME - LATER

Mary, on a stretcher, is lifted into the back of an
ambulance. She looks over at June.

                              MARY
                    You called Steve?

                              JUNE
                    He'll meet us at the hospital.

INT. HOSPITAL - EMERGENCY ROOM - DAY

Mary, now more alert, lies on an ER cot shrouded by white
privacy curtains. DOCTOR BRUNNER checks Mary's breath
sounds. Finishes his exam. Seems pleased.

                              DR. BRUNNER
                    When they first brought you in
                    here, you were pretty bad. But so
                    far, you seem to be fine -- for
                    someone who's been gone awhile.

                              MARY
                    Been gone?
                        (she grabs his hand)
                    What about my husband, Steve?
                    No one will tell me anything.

                              DR. BRUNNER
                    What I remember, he suffered a few
                    contusions, lacerations. Some
                    broken ribs.

                              MARY
                    You took care of him?

He nods.

                              MARY
                    But... how did it happen?

She strains to sit up. He presses her back down.

                              DR. BRUNNER
                    When someone's intoxicated,
                    sometimes they do that -- roll
                    right out the window, just like a
                    rubber doll. Lucky for him, the
                    window was down. Otherwise, it
                    could have been a very different
                    story. Someone found him along the
                    road the next morning.

He pushes back the curtain. Walks toward a nearby waiting
room. He stops, talks to June. She nods.

BEDSIDE - MOMENTS LATER

June stands next to Mary's bed.

                              JUNE
                    He wants to run a few tests. We can
                    probably go home tonight. He says
                    you're--

                              MARY
                    Where's Steve?

June doesn't know how to answer.

                              JUNE
                    He must be running late. Rest now.
                    Okay?

                              MARY
                    No! I want my husband.

                              JUNE
                    I'll call him again.

She walks away.

EMERGENCY ROOM

June heads toward a NURSE. She stops, asks a question. The
nurse points down the hall. June heads that way.

The nurse walks to Mary's bedside.

                              NURSE
                    Hello.

She places a vial on a stand next to the bed. Reaches for
Mary's arm.

                              NURSE
                    I need to take a blood sample.

Mary nods.

                         NURSE
             You're a very lucky young woman.

                         MARY
             Lucky? How can I be lucky?

                         NURSE
             To awake from a coma after--

                         MARY
             I've been in a coma?

The nurse realizes Mary hasn't been told. She focuses on the
blood draw.

                         MARY
             What do you mean? How long?

The nurse tries to keep Mary soothed, looks around as though
searching for someone else to step in.

                         MARY
                  (getting agitated)
             Please. Nobody will tell me
             anything. I have a right. Please.

Mary's gaze says she won't let go of the question.

                         NURSE
             About... seven years.

Mary's head falls back. She mouths, "Oh, my god."

LATER

June sits next to Mary's bed, holds her hand.

                         MARY
             It must have been hard on him...
             missing me.

June doesn't respond. Mary looks up to see...

STEVE, next to the curtain.

June turns. Mary looks at him in wonder. He's different:
sophisticated, expensive suit and tie - his hair smoother.

                         MARY
                  (as though she
                   isn't certain)
             Steve?

                          JUNE
                I'll be in the waiting room.

She leaves.

Steve walks to Mary's bedside. An elegant walk. He looks
down at her.

LATER

Mary has a look of concern, worry.

                          STEVE
                Like I said, I'm surprised how
                good you look.

                          MARY
                When can I go home?

                          STEVE
                     (hesitant)
                I had to sell the house.

                          MARY
                Our home? You sold it? Then where
                do you live?

                          STEVE
                Still in town.

                          MARY
                But then why... why did you--

                          STEVE
                Mary, do know how long it's been?

                          MARY
                I know. But for me, it seems like
                yesterday.

The nurse appears again, pulling an EKG cart with her. Steve
moves away from the cot to give her room.

                          STEVE
                We'll talk later.

WAITING ROOM

June and Steve are standing as though Steve is ready to leave.

> JUNE
> When she was young, I used to worry
> that I was spoiling her. But now,
> I wish I had spoiled her more. --I
> thought you would take care of her.

> STEVE
> Did you say anything?

June looks surprised that *he* didn't say anything. But then, that's like him. She shakes her head.

> JUNE
> No.

EMERGENCY ROOM - BEDSIDE

June sits in a chair next to Mary's bed.

> JUNE
> See, I told you Steve was fine.

> MARY
> Steve hasn't been around a lot,
> has he?

> JUNE
> Oh... well, he had to recover from
> his injuries. And then work, and--

> MARY
> So you took care of me -- all those
> years.

June looks disappointed but seems used to it.

> JUNE
> Steve couldn't handle it.

> MARY
> So he abandoned me?

> JUNE
> He tried, but he had to take
> care of--

Reaches out, closes her hands around Mary's hands.

> JUNE
> You haven't said anything. Amnesia.
> I don't know.

> MARY
> About what?

                              JUNE
                    Did you know...
                         (squeezes tighter)
                    Did you know you were pregnant?

Mary stares at the ceiling. Numb. Emotionless. A ringing in
her ears, through which she hears June's voice.

                              JUNE (O.S.)
                    It's all right. You carried him to
                    term. You were injured, injured
                    bad, but he lived. Your son, his
                    name is Steve. They call him little
                    Steve. ...There's something else...
                    Steve's married.

EXT. RITZY COUNTRY CLUB - DAY

The club is stretched out next to the ocean. A central
restaurant juts out onto a pier. Turbulent waves
occasionally splash onto the windows.

INT. RITZY COUNTRY CLUB - RESTAURANT - CONTINUOUS

Steve and EILEEN (early 30s, sleek, sophisticated) stand a
few feet from the floor-to-ceiling windows that look out at
the ocean.

A priest stands between them, next to the window.

LITTLE STEVE (6 y.o.) stands nearby, fidgeting.

At a long table nearby sit Steve's very happy parents and
about twenty guests.

INT. HOSPITAL - PHYSICAL THERAPY WING - CONTINUOUS

Mary undergoes physical therapy. A therapist guides her as
she walks slowly across the room.

COUNTRY CLUB - CONTINUOUS

Steve and Eileen face each other, holding hands.

                              PRIEST
                    ...and they would like to thank
                    everyone for joining them as they
                    rejoice in the renewal of their
                    vows in this, their fifth year
                    of matrimony.

PHYSICAL THERAPY WING - CONTINUOUS

The therapist helps Mary sit back on a weight-training machine.

COUNTRY CLUB - CONTINUOUS

Steve and Eileen still face each other, holding hands.

                    PRIEST
          Do you, Steve and Eileen, reaffirm
          your promise to care for each other
          -- in sickness and in health --
          until death do you part?

                    STEVE/EILEEN
          We do.

PHYSICAL THERAPY WING - CONTINUOUS

Mary strains to push weight with her arms.

COUNTRY CLUB - CONTINUOUS

Steve and Eileen lean in, give each other a lingering kiss on the lips. They turn toward the guests, smile.

PHYSICAL THERAPY WING - CONTINUOUS

Mary can't keep the weights up. Loses it. The weights SMACK onto the plate. Mary closes her eyes, exhausted, upset.

INT. JUNE'S HOME - LIVING ROOM - DAY

Mary arranges fresh flowers in a vase on the dining room table.

EXT. JUNE'S HOME - CONTINUOUS

June's car drives up.

INT. LIVING ROOM - CONTINUOUS

Mary hears the car. Quickly smoothes her hair. She turns toward the door.

June enters, followed by little Steve (6 y.o.).

Mary tries to seem easy-going. She reaches out toward him.

                    MARY
          I'm so happy to meet you.

He shies away.

Mary is hurt.

> MARY
> Don't you know me? I'm your mother.
> --It's okay.

She takes a step toward little Steve. He moves away, clearly
uncomfortable.

> JUNE
> Stevee, why don't you go into the
> kitchen? I have ice cream and cake.
> We'll join you in a minute.

Little Steve smiles, disappears into the kitchen.

> MARY
> He doesn't even know me.

> JUNE
> I brought him to see you now and
> then, but I didn't push it on him.
> He's too young to understand. Come
> on, let's get some cake.

They head toward the kitchen.

KITCHEN - LATER

Mary places dirty dishes into the sink. She looks out the
back window at little Steve playing in the backyard.

> MARY
> All my friends are gone, even Carl.
> I called his home, but it... it
> wasn't him.

> JUNE
> He moved away not long after your
> accident. You should have seen him
> -- so upset by what happened. But
> when he comes to town, he always
> visits you. I have his number--

> MARY
> That's okay.
>     (glances at little Steve)
> Maybe now isn't the time. I want
> little Steve to stay tonight. We
> could get a movie and a pizza and--

> JUNE
> I told Eileen I'd have him back in
> time for dinner.

                    MARY
          I want to get to know my son.

                    JUNE
          I know.

                    MARY
          I'll take him home. It'll give us
          time to talk.
                    (sudden realization)
          I don't even know where he lives.

                    JUNE
          They live on the east side.

                    MARY
          On the east side?
               (is puzzled
                by that)
          Steve must be doing well.

                    JUNE
          His parents bought the new home--

Mary looks stunned.

                    MARY
          His parents?

                    JUNE
          After...

                    MARY
          After I was good as dead?

June doesn't want to go there.

                    JUNE
          They gave me your part -- from
          the sale of your old home. You
          know, what you had contributed.
          It helped me take care of you.

                    MARY
          Oh... Oh, that's great. The
          whole... what? Ten-, eleven-
          thousand dollars?

                    JUNE
          They seem to be nice people.

                    MARY
               (growing irritated)
          Nice? What made them suddenly nice?

                JUNE
      They're good grandparents to little
      Steve.

                MARY
      Of course they are. He's blood.

INT. JUNE'S CAR - EARLY EVENING

Mary drives. Little Steve sits beside her in the front seat.

EXT. STEVE AND EILEEN'S HOME - EARLY EVENING

Mary parks June's car in the driveway. Mary and little Steve
step out of the car, head toward the front door, which
suddenly opens.

Steve stands in the doorway. Little Steve immediately runs
toward the door.

Steve gives little Steve a pat on the head. Little Steve
disappears inside.

Mary approaches warmly.

                MARY
      Thought I'd take my son home.

Steve steps outside, closes the door partway, giving the
impression of blocking Mary from entering.

                STEVE
      I'm glad he was able to visit
      with you and June.

Mary stops in front of Steve, glances at the partly closed
door. Dissed.

                MARY
      So...

                STEVE
        (suddenly jovial)
      Well, hey! It's good to see you
      again. Looks like you're making
      a fast recovery--

                MARY
      What happened? What happened to us?

Steve looks away.

                STEVE
      Mary... look, I--

                         MARY
                What happened Steve?

                         STEVE
                I hoped you would come back to me.
                But I was all alone. I tried to
                take care of you, but then there
                was little Steve to take care of,
                little Steve to think about. I even
                blamed myself for the accident.
                Seven years, Mary. I moved on.

Mary glances at Steve's home.

                         MARY
                Moved up, too.
                     (growing cold)
                You said you didn't want your
                parents' money, didn't want them
                to be generous. That's what you
                told me.

Steve glances back inside the house.

                         MARY
                I'm talking to you Steve.

                         STEVE
                I have a child now.

                         MARY
                My child. --I hear you have a
                new girlfriend, too.

                         STEVE
                     (stung)
                My wife.

For a moment, Mary just stares at Steve.

                         MARY
                One big happy family.

                         STEVE
                Look. There's nothing I can say.
                Nothing that can make it better for
                you. It's been seven years, Mary.
                Time changes people. I... I've gotta
                go. Eileen just got dinner on the
                table. Maybe sometime we can talk--

Mary swings out to slap him, but he catches her wrist.

                                      MARY
                It's because of you that I lost
                those seven years. I haven't
                changed. My husband's gone. But
                I want more time with my son.

She pulls her wrist out of Steve's grip. Walks away, forces
herself to contain her emotions.

INT. STEVE AND EILEEN'S HOME

Steve enters. Eileen stands inside, facing him, obviously
heard the conversation.

                                   EILEEN
                Steve?

He looks at her, shakes his head as though to brush it off.
But he's troubled. He closes the door.

EXT. HOME - CONTINUOUS

Mary heads back to her car. Tears well. She wipes them away.
Strong again.

The wind blows softly across the lawn. From the side of the
home, the COPPERY TWINKLE of wind chimes.

Mary moves toward the sound, up to the...

FENCE

She peers over it to see...

Her wind chimes, hanging from a small tree, blowing softly
in the breeze.

Overcome, Mary runs to her car.

SCREECHES off.

INT. LAWYER'S OFFICE - DAY

Mary sits across a desk from her LAWYER (60s), a to-the-
point, untactful type.

                                 LAWYER
                Steve Jr. has been with his father
                and adoptive mother in a stable
                relationship for...
                    (references his notes)
                five years now.

                        MARY
            Can't we share custody? What about
            my rights as his biological mother?
            His real mother?

                        LAWYER
            The courts won't look at it that way.
            Best you can hope for is visitation
            rights--

                        MARY
            Please, anything where I don't have
            to ask permission to visit my son.

                        LAWYER
            I'll get you the best access the
            courts will allow. But... your
            chances aren't good. It's been
            seven years.

                        MARY
            But this is different. I was in an
            accident. --No. No, I want to fight.

The lawyer doesn't look hopeful.

                        LAWYER
            Okay. I'll see what I can do.
                 (turns a page
                  in his notes)
            You took out life insurance policies
            on each other soon after you
            married?

                        MARY
            Isn't that what married couples do?

                        LAWYER
            You'll probably want to change the
            beneficiary. Maybe to your son or
            mother?

                        MARY
            Good idea. Never know what'll
            happen when you walk out the door.

                        LAWYER
            Had yourself a rude awakening, huh?

Mary just stares at him.

                        LAWYER
            So now, with unfortunate hindsight,
            you might want to make a Living Will.

                        MARY
            A Living Will?

                        LAWYER
            To specify your wishes should you
            end up in an accident and unable
            to make decisions for yourself --
            especially if the beneficiary doesn't
            have your best interest in mind.

                        MARY
            What do you mean?

He looks at Mary.

                        LAWYER
            Oh, I thought you knew.

He stops himself, unsure whether to continue.

                        MARY
            Knew what?

                        LAWYER
            Your ex-husband... He wanted to
            have your feeding tube removed.
            That's why your mother took
            custody.

Mary jumps up. Runs out of the room.

INT. COURTHOUSE - DAY

SERIES OF SHOTS (MOS)

The judge reads his final verdict.

Mary sits next to her lawyer. She cries into a tissue.

Steve sits with his two lawyers, congratulates them. He
turns, smiles at Eileen and little Steve, who sit behind him.

June sits farther back, behind Mary. A look of sadness.

END SERIES OF SHOTS

INT. COURTHOUSE - HALLWAY - LATER

Mary's lawyer and June talk quietly in the hallway. A
distance away, Mary, mostly recomposed, steps out of the
ladies room into the hallway. Toward the other end of the
hallway, Mary spots...

Eileen and little Steve standing hand-in-hand, mother and son. Steve walks up to them, hugs Eileen then lifts little Steve onto one arm, places his other arm around Eileen.

Together, they walk away, disappear into another hallway.

Mary stands alone, staring down the empty hallway.

EXT. COURTHOUSE - DAY

A Mercedes pulls out of the parking garage. Steve drives; Eileen in the passenger seat, little Steve in the backseat.

Mary, her lawyer, and June head toward the parking garage. Mary notices Steve in the driver's seat; she quickly races toward the car. June notices.

                    JUNE
          Mary!

Mary doesn't seem to hear.

Mary's lawyer and June stay put, watch the interaction from a distance.

Steve sees Mary approach. He stops the car, rolls down the window.

                    MARY
          It's not fair! You know it's not!
          I want more visitations.

Steve, expecting a pleasant conversation, shakes his head.

                    MARY
            (getting teary)
          I'm his mother.

Steve abruptly opens the car door. Mary jumps back.

Steve goes around to the trunk. Pulls out a medium-size packing box. Comes back, shoves it toward Mary.

                    STEVE
          I was going to drop it at your
          lawyer's office. It brings back
          memories I'd rather forget.

The wind chimes SOUND in the box. Steve gets back in his car.

                    MARY
          Look, I just want to--

                         STEVE
                   (growing agitated)
              I can't do this--

                         MARY
              Please, Steve. We need to talk--

                         STEVE
              Stay out of my life!

Mary is stricken dumb. She knows Eileen is listening.

                         MARY
                   (to Eileen)
              Ever seen this side of him, Eileen?

Eileen doesn't respond.

                         MARY
              Neither did I.

Steve rolls the window up in her face.

INT. JUNE'S HOME - MARY'S BEDROOM - NIGHT

The box is on Mary's bed. Mary removes items from it; items
that had been knick-knacks in her and Steve's home. She
gazes at each item, remembering.

June stands nearby, tries to look hopeful.

                         JUNE
              You could go to school. Refresh your
              skills. It wouldn't take long. You've
              always been a quick learner.

Mary gazes at an item she just took out of the box.

                         MARY
              I was going to be a stay-at-home
              mom. Now Eileen's a stay-at-home
              mom, and here I am -- right back
              where I started. There's no place
              like home.

She LAUGHS. June appears bothered by that.

                         JUNE
              You'll need a car. I have some
              money saved away.

She walks up to Mary, comforts her.

                              JUNE
                    Don't worry. Sometimes we have
                    to start over. You're still so
                    young. You have so much life in
                    you. Where's that positive young
                    woman I used to know? The one who
                    always went after what she wanted?

Mary is suddenly positive, confident.

                              MARY
                    She's still here. She still plans
                    to get what she wants.

EXT. TOWN - DAY

Mary drives down the street in a dark blue Ford Falcon. She
passes an alley, notices Steve's Mercedes parked just inside
the alley.

Mary looks in her rear view mirror, no one there. She quickly
pulls alongside the street curb, parks in a metered spot, but
doesn't pay. She walks back down the street, turns into the...

ALLEY

She walks casually up to the Mercedes. Stoops next to the back
tire, a small manicure file in her hand. She stabs the tire.
The air HISSES out. She walks toward the other back tire.

BACK TO STREET

Mary walks triumphantly to her car.

A bystander watches her drive off.

INT. JUNE'S HOME - LIVING ROOM - LATE DAY

A KNOCK on the front door. June opens it.

A police officer stands in the doorway.

                              OFFICER
                    Hello, I'm officer Sykes. Is Mary
                    Ellis here?

                              JUNE
                    No, she's... Mary's my daughter.
                    What happened? Is she alright?

                              OFFICER
                    Someone witnessed Mary puncturing the
                    tires on her ex-husband's Mercedes--

                         JUNE
                    (shocked)
          Oh, no, not my Mary.

                         OFFICER
          I'm sorry, I heard about her story.
          Mr. Ellis isn't pressing charges.
          Not this time. Frankly, he wants
          nothing to do with her.

                         JUNE
          Don't worry, officer. I'll talk
          to her. You know, the doctor said
          she's still recovering. She just
          needs more time.

                         OFFICER
          I know she might be a little angry
          with her situation. But if she does
          anything like this again... like I
          said.

                         JUNE
          Thank you for understanding. It
          won't happen again.

                         OFFICER
          Let's hope that's the case. Have
          a nice day.

He leaves.

INT. JUNE'S HOME - KITCHEN - LATER

June is making dinner. Hears the front door open. She heads
into the...

LIVING ROOM

Sees Mary, filled with anger, walk past abruptly, beeline
toward her bedroom. Doesn't even looking at June.

                         JUNE
          Mary, I heard. I know you didn't
          mean to do it. I understand, but
          we should talk--

Mary enters her bedroom. SLAMS the door shut.

June stares at the closed door, worried. She reaches toward
her address book on a nearby stand, flips through it, makes
a call.

EXT. JUNE'S HOME - LIVING ROOM - NEXT DAY - LATE MORNING

Mary, in cut offs, has her tennis-shoed feet up on the coffee table. Still edgy, she takes her mind off it by flipping through a magazine.

> CARL (O.S.)
> Garage door was open.

Mary starts but instantly knows that voice. She seems pleased, lowers her magazine.

> CARL
> Hey, your mother told me you were
> pretty scrawny. Looks to me like
> you're gettin' in shape -- real fine.

June walks into the room.

> CARL
> Hello, Mrs. McCrea.

> JUNE
> Carl! What a surprise. I didn't
> know you were in town.

> CARL
> Yeah, was passin' through, so thought
> I'd stop by and see my ol' gal.

Mary knows her mother set this up. She smiles.

> MARY
> All right, Mr. Fine. You're trying
> to be nice. Why don't we go for a
> jog? Race you up to Miller's bluff.

> CARL
> You're on.

EXT. MILLER'S BLUFF - DAY

Mary comes up over the summit's edge, out of breath from the jog. She cools down by walking around. Carl appears.

Mary walks to the edge, gazes at the vista.

> MARY
> Wow! Look at this view.

Carl, huffing, slowly approaches, walks up close, stands behind Mary, his gaze toward her.

                           CARL
        Beautiful.

Mary turns toward Carl, smiles. She turns back to the vista.

Carl steps closer.

Mary sits.

Carl pauses. Takes a spot next to Mary. For a moment, they rest. Carl seems to want to say something, holds back, then...

                           CARL
        This is where I was going to ask
        you to marry me.

He removes a necklace from his pocket: silver, heart shaped, centered with initials M&C slightly intertwined.

                           CARL
        Mary and Carl. Two hearts forever
        intertwined.

He holds it closer to her. Mary declines to accept it. She stares into the distance.

                           CARL
        When I heard what happened--

                           MARY
        Seven years, Carl. Know what it
        feels like to find out you've lost
        seven years of your life? To find
        out you've lost your home? Your
        child? Your security?

Carl ignores it.

                           CARL
        Did you hear? I'm racing cars
        again. Four years now--

                         MARY
        Mother told me. Good for you.

                           CARL
        I know how you must feel.

                           MARY
        No, I don't think you do.

                           CARL
        Don't know what else to say.

                        MARY
            How about, "I'm sorry, Mary."

                        CARL
            I'm sorry, Mary.

                        MARY
            How did this happen?

                        CARL
            Don't know, Mary.

                        MARY
            Tell me. Tell me about the
            accident.

                        CARL
                (rubs his chin)
            The accident. Yeah. After you hit
            that rock in the road, you lost
            control. Traveled down the road
            pretty far before you went over
            the edge. It was steep there.
            Really steep.

Mary thinks about it, a cold inward stare. A sudden shift in
the air, as though the sky has dimmed.

                        MARY
            But I did just what you told me
            to do.

She turns to Carl. He shakes his head.

                        CARL
            You didn't go over where you were
            supposed to.

                        MARY
            You said the air bags would keep
            me safe.

                        CARL
            You lost control, went too far. It
            was steeper there.

                        MARY
            Now what am I gonna do?

                        CARL
            Nothing you can do. It didn't work.
            Did your mother tell you? It was
            the beer cans hit you in the head?

                              MARY
                    The beer cans?

  She laughs.

                              CARL
                    You set it up to go your way, but
                    shit happens. It just happens.

                              MARY
                    Guess these two sweethearts lost
                    their chance.

                              CARL
                    But here we are again.

  He gazes at Mary; flirtatious.

                              MARY
                    Yeah, right.

                              CARL
                    Hey, thought you didn't like the
                    perfect type. So... I'm not perfect.

                              MARY
                        (growing distant)
                    That you aren't, Carl. That you
                    aren't. And now he has my child.

  Carl is suddenly shy.

                              CARL
                    I didn't know you were pregnant.

                              MARY
                    Neither did I. Steve was always
                    so careful. Wanted everything to
                    be so well planned.

  Carl edges in something he's been waiting to ask.

                              CARL
                    But we weren't always so careful.

  Mary agrees with a look. Carl grins. Once again an
  enthusiastic boy, his goofball self shines through.

                              CARL
                    When you married Steve, I thought
                    we were gonna live a romance.
                        (shouting to the world)
                    A million dollar romance-o,
                    Juliet and her Romeo!

He gazes at Mary. Beams with pride.

                    MARY
          You never were a poet, Carl.

Carl's bubble bursts. Mary stands. She hovers over Carl,
peers down at him like a bug she could easily squash.

                    MARY
          Time to go.

EXT. STEVE AND EILEEN'S HOME - BACKYARD - LATE DAY

Steve plays softball with little Steve. They tumble together
on the grass. Steve ruffles little Steve's hair.

EXT. HOME - THROUGH FRONT WINDOW INTO DINING ROOM - NIGHT

Steve, Eileen, and little Steve are just finishing dinner.
Eileen gets up to clear the plates. Steve helps.

INT. JUNE'S HOME - LIVING ROOM - NIGHT

The phone RINGS. June picks it up.

                    JUNE
          Hello? Oh, hi... Yes, now's fine.
          So, how did it go? What did his
          teacher say?

KITCHEN - CONTINUOUS

Mary makes a cup of hot chocolate. She stops, listens to the
conversation, drifts closer, past a block of knives on the
counter, near the doorless kitchen entry.

                    JUNE (O.S.)
          Tell him I'm very proud of him.
               (LAUGHS)
          I'll tell her all about it. Talk
          to you later. Give him a kiss for
          me. Bye now.

LIVING ROOM

June hangs up the phone, surprised to see Mary standing in
the kitchen entryway.

                    MARY
          You seem to know her well.

                    JUNE
          Eileen?

                          MARY
                If she wants to discuss my son,
                why doesn't she talk to me?

                          JUNE
                She doesn't know you yet. But
                with time, I'm sure--

                          MARY
                You're glad she adopted little
                Steve, aren't you?

June is reluctant, then...

                          JUNE
                Eileen's a good mother, a better
                mother than Steve is a father.

Mary stares hard.

                          MARY
                She's not his mother.

She reaches a hand back inside the kitchen.

Turns out the light.

EXT. STEVE AND EILEEN'S HOME - NIGHT

Mary pulls up along the curb. She stares at the home, trying
to decide something. Decides. She gets out of the car, walks
to the...

FRONT DOOR

RINGS the bell.

Eileen opens the door. She's surprised, uncomfortable.

                          EILEEN
                Oh, hello Mary. --I'm sorry,
                Steve's... he's not here.

                          MARY
                And I feel so bad about that.
                But I came to see little Steve.

                          EILEEN
                He's with his father.

                          MARY
                Oh.
                     (beat)
                Is he?

                         EILEEN
                It's their ice-cream night. But
                I'll be happy to give him a message.
                     (growing more
                      uncomfortable)
                We've allowed visitation this Sunday.

                         MARY
                So I've heard.

SILENCE. Mary waits. Eileen says nothing. Then... a light
sprinkle of rain and a cold breeze blow in through the open
door. Mary tightens her coat around her.

                         MARY
                Are you gonna leave me standing
                out here... alone... in the rain?

Eileen hesitates, then starts to move back to invite Mary
in, but Mary squeezes past the moment Eileen steps back.

                         EILEEN
                     (feeling
                      run over)
                Welcome.

Mary gazes around the elegant, marble-floored foyer. Eileen
doesn't know whether to take Mary's coat. Before she can
ask, Mary drifts toward the...

LIVING ROOM

Eileen follows. Mary, hands in her coat pockets, scopes the
place, takes a mental note of everything.

                         MARY
                Nice place.

                         EILEEN
                     (uncomfortable)
                Thanks. Look, I--

Mary walks around the living room.

                         MARY
                Really nice...

She glances at the painting that once hung in Steve's and
her living room.

                         MARY
                Looks good here.

Notices the sofa (paisley upholstery).

                         MARY
              Well, look at that. That must have
              been yours. Steve never liked
              paisley.

She turns back to Eileen.

                         EILEEN
              We picked it out together.

                         MARY
              Oh? Steve's full of surprises.
              Guess I never really knew him.

Mary glances into the dining room. Eileen feels awkward,
nervous.

                         EILEEN
              Look, I hope we can be friends.
              This is new for all of us. Maybe,
              if we all work together, it would
              be best for little Steve... Don't
              you think?

                         MARY
              I always want to do what's best.

Mary drifts back into the...

FOYER

She goes to the door. Opens it. Walks outside as Eileen
holds the door. A few steps outside, Mary turns.

                         MARY
              Tell little Steve... his mother
              came by to see him.

Eileen watches as Mary heads through the light rain, toward
her car.

Once inside her car, the rain stops. Eileen glances up at
the clear night sky. Closes the door.

EXT. TOWN - DAY

Mary drives down the town's streets, looking for something.
Spots what she's after - Steve's Mercedes.

As Mary turns her car around, Steve comes out of a shop,
heads toward his car. He steps into the street and around
to the driver's side.

Mary's car drives past slowly, brushes Steve's leg. He falls against his car. Mary closes in tighter, just scrapes the front edge of the Mercedes.

Steve's enraged to see it's Mary. He starts after her, but is limping. He stops, rubs his leg as Mary's car speeds away.

                    STEVE
          Bitch!

INT. STEVE AND EILEEN'S HOME - BEDROOM - NIGHT

Steve stands in his walk-in closet, steps out of a bath towel and into his pajamas, a large bruise on his leg. Eileen appears at the doorway.

                    EILEEN
          Steve, I forgot to ask, tomorrow
          I was thinking-- What happened?
          How did you get that bruise?

                    STEVE
          It's nothing.

Eileen moves closer.

                    EILEEN
          It's not nothing--

                    STEVE
          It's nothing!

Eileen is taken aback.

                    EILEEN
          It was Mary, wasn't it? She's still
          after you. I knew she wouldn't stop--

                    STEVE
          I don't want to talk about it--

                    EILEEN
          Steve, you have to report it--

                    STEVE
          No! Don't you see? It just keeps
          her in our lives. It's over.

He walks over to Eileen, comforts her.

                              STEVE
                    I know it's been a shock since
                    Mary came back. But all the legal
                    matters are settled between us. I
                    don't want to keep dragging our
                    relationship out in court. We
                    have our own life now. If we keep
                    it that way, pretty soon, she'll
                    forget about us.

Eileen stares at him a moment.

                              EILEEN
                    Do you still love her?

Steve almost laughs.

                              STEVE
                    Eileen, if there's one thing I'm
                    certain about... No. I don't love
                    her. God no.

                              EILEEN
                    Miss her?

                              STEVE
                    No... You jealous?

Now Eileen's amused.

                              EILEEN
                    No.

INT. ELDER ELLIS HOME - DINING ROOM - NIGHT

Steve's parents, Steve, Eileen, Mark, and little Steve
sit around the elegant dining room table. Dinner time.
They're in conversation. Mark is mostly ignored by his
family.

                              EILEEN
                         (to Mark)
                    I didn't know you were in the
                    military.

                              MARK
                    I was released from service. We gay
                    guys apparently are too sensitive
                    to be functional aggressors--

                              MR. ELLIS
                    Not at the dinner table.

Indicates little Steve.

LIVING ROOM - LATER

Eileen and Mark sit near each other on the sofa. In the b.g., Steve and Mrs. Ellis still sit together at the dining room table, out of earshot.

                    EILEEN
          But how did they find out? Isn't
          it "don't ask, don't tell?"

                    MARK
          Someone told.

He glances at Steve. Eileen looks surprised, embarrassed.

                    EILEEN
          Oh, I'm sure he didn't mean--

                    MARK
          Don't be. Don't be so sure.

Eileen, on some level, doesn't want to know.

                    MARK
          My lover and fellow officer was
          beaten -- almost to death. I was
          out on patrol.

                    EILEEN
          I'm sorry... I'm so sorry. Your
          friend... was he... is he okay?

                    MARK
          He lived, if that's what you mean.
          I don't bring friends home to meet
          family. They never receive a warm
          welcome.

Eileen nods.

Little Steve walks up. Mark smiles, puts him on his lap -- a gentle soul. Eileen smiles warmly.

DINING ROOM - LATER

Steve and Mrs. Ellis are still at the dining room table.

                    MRS. ELLIS
          You seem much happier married to
          a woman like Eileen. A mother can
          sense these things.

                    STEVE
          Yes, Mother.

Steve glances at Eileen in the living room. She gives him a weak smile. He glances back at his mother.

> STEVE
> Excuse me, I have something I
> need to look up.

He gets up, walks away.

LIBRARY/STUDY - LATER

Steve is in the library, glancing at a book, trying to be alone.

> MARK (O.S.)
> I heard about your recent car
> accident.

Steve turns to see Mark inside the doorway.

> MARK
> Guess you didn't figure this when
> you married Eileen.

> STEVE
> How would I know Mary would come
> out of her coma?

> MARK
> Obviously, you weren't counting
> on it.

> STEVE
> I'm with Eileen now. Mary's out
> of the picture. Plus...
> (sarcastic)
> I think she hates me.

> MARK
> She knows you better now.

Steve looks ready to pummel him for that remark.

> STEVE
> So, what's been going on lately?
> Find a new boyfriend?

BEAT

> MARK
> Find a new girlfriend?

On Steve's face, a moment of anger that evaporates in an instant. But then... he milks the possibility that maybe he

does have a girlfriend. He loosens his tie, makes a suave, casual pose.

                    MARK
          Nice suit, by the way.
               (he knows his brother)
          Very good.

Now Steve preens to deliberately piss off Mark.

                    MARK
          Now it's all about appearances,
          isn't it, Steve. Well, you appear to
          me to be an asshole... always have.

Steve feigns to be hurt by the remark.

                    STEVE
          I thought gays were supposed to
          be the warm, sensitive type?

                    MARK
          I thought married people were.
          So fuck you.

Steve doesn't respond. He casually walks closer to the fireplace, then...

In a blur, he seizes the fireplace poker, takes a swing at Mark - just deliberately missing, but looking like he wants to swing again, and not miss.

Mark flies back out of the way, alarmed but not surprised.

                    STEVE
          God, I'd like to...

                    MARK
          What? Huh?

Steve threatens with the poker again.

                    MARK
          You always hated me.

                    STEVE
          You always gave me a reason to.

                    MARK
          You gave yourself the reasons.

Steve puts down the poker, but still looks threatening.

                          STEVE
              Don't piss me off again.

He makes a kiss at Mark, like calling him "sweet." He
straightens his tie while glaring at Mark. Leaves.

EXT. TOWN CAFE - DAY

Carl and Mary sit together at a window seat. They're in
discussion (MOS). Mary seems angry, upset.

INT. TOWN CAFE

Carl listens to Mary, but doesn't appear supportive.

                          MARY
              She was talking to Eileen like they
              were old friends. Can you believe
              that?

                          CARL
              June took care of you instead of
              sending you to a nursing home.

He sees that Mary couldn't care less.

                          CARL
              It was tough on her, Mary. Eileen
              was raising her grandson. She
              became like... like a daughter.

                          MARY
                   (keeping it low)
              Don't ever say that again. Ever!

Carl backs off. Signals the waiter for the check.

EXT. TOWN CAFE - SHORT TIME LATER

Carl and Mary leave the cafe.

                          CARL
              Look, this whole thing has gotten
              uncomfortable.

                          MARY
              I was hoping you'd say that.

Mary suddenly acts passive, needy.

                          MARY
              So now what do we do? You still
              want us, don't you?

Carl stops, scratches his chin.

                    CARL
          Thing is...

                    MARY
          Your job?

                    CARL
          Hey, things are going good for me.
          This is what I've wanted my whole
          life. You know that.

He glances at his watch.

                    MARY
          I thought I was what you wanted.

Carl completely ignores this. Heads toward his car, just ahead.

Mary heads after him. Carl walks fast. Mary tries to keep up.

                    MARY
          We need time to talk about this.

                    CARL
          I gotta work on my car this weekend.
          Get it ready for the next race.

                    MARY
          That's all you care about now,
          isn't it? What about me, Carl? You
          destroyed my life, then left me.

Carl stops beside his car.

                    CARL
          What do you want from me, Mary?

                    MARY
          You know what I want.

                    CARL
          You don't have his life insurance
          policy anymore. We gambled, Mary,
          and we lost.

                    MARY
          Oh, Carl, you know me. I'm a bad
          loser.

Carl gets into his car.

                              MARY
                    You owe me!

Carl's car pulls out, heads down the street, leaves Mary
standing there, alone.

INT. JUNE'S HOME - MARY'S BEDROOM - EVENING

June enters the room, sees Mary packing an overnight bag.

                              JUNE
                    Oh, what's this? You going
                    somewhere?

                              MARY
                    Carl invited me for the weekend.
                    Just the two of us. Movies and
                    popcorn. Catch up on old times. I
                    might even help him work on his car.

                              JUNE
                    I'm so glad you two are seeing each
                    other again -- just like old times.

                              MARY
                    Just like old times.

Mary zips the bag closed.

                              MARY
                    I'll tell you all about it when
                    I get back. So no calling. Okay?

                              JUNE
                    I wouldn't think of it.

Mary gives June a kiss on the cheek. June walks to the
doorway, turns back to Mary.

                              JUNE
                    Steve was never the right one
                    for you. You were understandably
                    upset. But remember, God forgives
                    us our sins.

Now Mary smiles.

                              MARY
                    I count on it.

June walks out of the room. Mary watches her leave.

EXT. STEVE AND EILEEN'S HOME - EVENING

Steve's Mercedes pulls out of the driveway. Eileen stands in
the open garage, holding hands with little Steve. She blows
a kiss, waves good-bye to Steve. Little Steve imitates her,
waves good-bye.

EXT. HILLS IN THE WOODS - DAWN

A few autumn leaves fall from the trees.

EXT. CABIN IN THE WOODS - EARLY MORNING

Steve's Mercedes is parked in the gravel driveway. He walks
out of the cabin, geared for the hunt, rifle in hand. He
heads into the woods.

INT. CARL'S HOME - BEDROOM - MORNING

Carl wakes up. He's in bed - alone. He gets up, yawning.

INT. CARL'S HOME - KITCHEN - LATER

Carl sits eating breakfast and drinking coffee - alone.

EXT. WOODS - MORNING

Steve comes out of the woods into an open space, bright from
the sun. He walks across it, keeping an eye out for game.

INT. CARL'S HOME - GARAGE - LATE MORNING

Carl works on his car. Alone. Hot, he pulls off his shirt.
From the scars, looks like he's not the most careful driver.

On the garage wall, race car photos of the speedway, a
spectacular crash; the typical machismo girly calendar of a
nude woman stretched prone over a race car - dates circled
in pen and scribbled with notes.

INT. WOODS - LATE MORNING

On the forest floor, rays and spots of filtered light give
the woods a gloomy aura. Steve passes behind a large tree,
its huge, gnarly roots curve up and over like giant spider
legs.

Steve stops, listens, peers at the trees as though something
might suddenly appear from behind them.

After a few moments, he starts up again, walks slowly.

EXT. WOODS - NOON

Steve eats a sandwich in a small, bright clearing. In the distance, birds CAW. Steve opens his jacket, too warm from the sunlight. A cloud passes over, shadows the sun. Steve closes his jacket, cold again. All is silent.

EXT. WOODS - AFTERNOON

Steve walks alone through the sun-blocking woods. Leaves and twigs CRACKLE behind him. He quickly turns toward the sound, rifle up and ready. He heads that way. Peers through the trees, but sees...

Nothing. Perhaps a small animal scurried by.

EXT. WOODS - LATE AFTERNOON

Steve walks cautiously through the woods, still on the hunt. He turns suddenly, gun up, pointed toward the rise of a hill. Whatever it was, the last bit of it slips over the edge.

Steve glances at his watch, disappointed. Rifle down, he heads back toward the cabin.

EXT. WOODS - SHORT TIME LATER

Steve walks back along the top of a shallow ravine.

A bullet whizzes past. Steve loses his footing, his rifle flies out of his hand as he rolls down the embankment.

He comes to rest at the bottom. Momentarily stunned, he moves to get up. Hears the sound of someone approaching. He holds tight, keeps low, quiet.

A man (HUNTER #1, 30s, like a backwoods character out of *Deliverance*) appears at the top of the ravine.

                    HUNTER #1
          Sonuva bitch!

He starts down the ravine toward Steve, then...

Another man (HUNTER #2, 50s, similar appearance) appears at the top of the ravine. Assesses the situation.

                    HUNTER #2
          Sonuva bitch! Look what you almost
          did, son! Goddam it!

He hurries down the embankment.

Hunter #1 reaches Steve.

                    HUNTER #1
          Hey! You all right? Oh man, I am
          so sorry. Damn, I would'a sworn--

                    HUNTER #2
          I told you to wait until you see
          the whole antelope before you
          shoot!

Steve still lies there, his orange vest prominent. Can't
believe this guy would have missed it.

Hunter #1 tries to make light of the situation.

                    HUNTER #1
          Guess it's a good thing I'm a lousy
          shot, huh?

                    HUNTER #2
          Slim here's an idiot. You sure
          you're all right?

Steve moves to get up, seems to be guarding his left arm.
Both hunters reach out, help him up. Steve brushes leaves
off his clothes, spots his rifle about twenty feet up the
slope.

Hunter #2 turns to see what Steve's looking at. He looks
back at Steve, then walks toward the rifle. He picks it up.
Hesitates. Looks it over.

                    HUNTER #2
          Nice rifle.

Steve, uneasy, waits while the guy finishes inspecting the
rifle. He walks back, stares at Steve a moment, starts to
hand the rifle back to him. But just as Steve reaches for
it, he pulls it away.

Now Steve is really uneasy.

                    HUNTER #2
          You ain't gonna get vengeful and
          shoot us in the back, are ya'?

Steve looks to one then the other.

                    STEVE
               (flippant)
          Of course.

The two hunters smile. Hunter #2 slowly hands Steve's rifle
back to him.

                         HUNTER #2
               There isn't much light left. Best
               head back -- so long as you're
               okay.

                         STEVE
                    (casual)
               Yeah, fine.

The older hunter raises his hand to signal "okay then." He
and the younger hunter head out together in one direction.

Steve, alone, heads in another direction.

INT. CARL'S HOME - LIVING ROOM - NIGHT

Carl sits on the sofa, alone, drinking a beer, watching
television.

INT. CABIN - BATHROOM - NIGHT

Steve stands in front of the bathroom mirror, carefully
unbuttons his shirt, his left arm weak. He gingerly pulls
the shirt from his left shoulder, exposes a bloody scrape
from the bullet. Superficial, but a close call. He applies
antiseptic to it, winces. Shakes his head.

INT. CABIN - LIVING ROOM - LATER

Steve, all cleaned up, in loose pajama shirt and pants,
relaxes on the sofa near a roaring fireplace. He reads a
book while sipping a glass of wine. A compact stereo plays
classical music.

A gust blows down the fireplace. A billow of glowing hot
embers float into the air. A sudden fire show. Then...

Sound of MOVEMENT inside the bedroom. Steve turns his head,
looks back at the...

Closed bedroom door.

Nothing.

He relaxes, takes another sip of his wine. Moments later,
another SOUND. He hesitates for several moments. Turns down
the stereo using the remote.

He sits forward, puts down his wine glass. He turns back
toward the bedroom. Again, nothing. He watches the closed
door, seems to be deciding whether to investigate.

He stands. Goes to the bedroom, slowly turns the knob,
gently pushes the door open. Sees...

Nothing. Then a small animal SCAMPERS across the bedroom roof. Steve looks relieved.

He reaches out, grabs the doorknob, looks back toward the sofa. As he does...

MARY

appears from behind the door, wielding a knife. Her hand goes up in a flash.

Steve, looking toward the sofa, closes the door in her face.

Steve smiles at his silliness. Heads back toward the sofa. The door softly opens behind him.

Steve turns the stereo back up. Relaxes on the sofa. Back into his book.

Mary approaches, stands directly behind him clutching the knife. Raises it to strike.

Steve, sensing something, turns, momentarily freezes in terror. The knife comes down to strike. Instinctively, Steve grabs hold of Mary, falls back onto the floor, inadvertently pulling her over the sofa on top of him.

The knife PLUNGES into the sofa cushion.

A moment of fight and struggle. Mary get up, goes for the knife. Steve pulls Mary's legs. She kicks him off. He jumps up, runs to the fireplace as Mary pulls the knife from the sofa.

Steve has the fireplace poker.

                    STEVE
          I'll kill you. I swear to god.

Mary glances around the room. Spots the hunting rifle mounted on the wall near the kitchen. Goes for it.

So does Steve, going the other way around the sofa. Mary reaches the rifle first, grabs it, dropping the knife. Steve swings the poker into the wall across the rifle. Mary pulls the rifle out of the trap, right ahead of Steve, who lets go of the poker to grab the rifle. Misses.

Mary rushes into the kitchen with the rifle. Steve races in after her. Mary turns, aims, as Steve pushes the rifle butt up toward the ceiling. BAM! Pieces of sheetrock rain on top of him. Steve grabs the rifle again, but Mary pulls it free. Aims.

Steve is back out the kitchen door. He runs for the bedroom as Mary comes out of the kitchen, rifle pointed. Steve shuts the door. There is no lock.

BEDROOM

Steve tears through a dresser drawer, comes up with a pistol. Mary pushes the door open, starts to aim, but Steve quickly turns, pistol in hand. Mary instantly jumps back, just outside the doorway. Steve ducks down beside the bed, peeks over it.

>                    STEVE
>          You won't get away with trying to
>          kill me!

Mary looks around, figuring her next move.

>                    MARY
>          Well, baby... I already did.

Steve looks confused.

>                    MARY
>          The accident... it just didn't go my
>          way. Carl didn't do his part very
>          well. He's making it up to me right
>          now. He just doesn't know it yet.

Steve appears in the doorway. Mary is taken by surprise, doesn't have time to aim. She runs back into the kitchen.

Steve takes cover just inside the bedroom doorway. Mary is just inside the kitchen doorway. Steve could have shot, but hesitated. Mary knows this.

>                    MARY
>          What, you still love me? I never
>          loved you.

>                    STEVE
>          You can't win, Mary. I have
>          a full round. You have only one
>          cartridge left. Throw it out where
>          I can see it!

Moments pass.

>                    STEVE
>          Come on!

Mary is in a mixed state of rage and grief.

                              MARY
                    I don't care!

                              STEVE
                    Then let's end it here. Is that
                    what you want!

Mary disappears from the doorway. After a few moments, a
cartridge is tossed out onto the floor. Steve sees the brass
glint in the light. He steps out from behind the doorway.

Gun down, he heads toward Mary, suddenly notices that the
cartridge is a casing-shaped piece of metal used to raise a
lamp shade.

Mary steps out from behind the doorway, rifle aimed.

Steve shakes his head.

                              STEVE
                    Don't.

Mary pulls the trigger.

The cartridge is stuck.

Steve lunges for Mary as she tries to release the cartridge.
He knocks her back into the wall. The rifle crashes to the
floor. The cartridge to pop out, rolls into the kitchen.

Mary drops to the floor. The knife is on the floor near her.
She grabs it.

Steve jumps back, pistol pointed.

                              STEVE
                    Drop it!

                              MARY
                         (crying)
                    Just kill me. Why won't you kill
                    me? I've lost everything.

                              STEVE
                    What about your son?

                              MARY
                    He doesn't even know me. Seems
                    frightened of me.

Steve glances at the knife.

                              STEVE
                    Imagine that...

Then Mary realizes...

                    MARY
                 (smiling)
          It's not loaded.

She streaks toward him, knife in hand.

Now Steve fights for his life. He throws the pistol, it
glances off Mary's head. She drops the knife, off balance.

Steve blasts into her. They both go down. Steve on top.

Mary sees blood seeping through the shoulder of Steve's
shirt. She hits him there. He winces. Mary kicks him back,
sending him CRASHING into the dining room chairs. Mary
stands.

Steve jumps up, tackles her. They both tumble toward the
fireplace. Steve manages to sit on top of Mary, pins her
tight, looks down at her.

                    STEVE
          Well, Mary, with the name of an
          angel -- I didn't know you were
          a bitch--
                 (beat)
          I like that.

Steve's left arm is too weak. Up goes Mary's fist. Steve
catches it, winces from the shoulder pain.

A whir as Mary tries to slug Steve in his bad shoulder. His
hand flies up to grab her wrist. Mary swings at him with her
other arm. Knocks him off of her.

Instantly, they're at each other again. Steve accidentally
rips Mary's blouse. Enraged, she responds by decking him,
then rolls on top, unzips her pants. Steve is stunned,
hesitates.

A moment later, Mary deflects a hand coming up at her. Steve
catches her off guard, swings her back over. Fuming, he
deliberately rips her blouse open. Mary yanks his pajama
pants down around his hips. Now they tear at the other's
clothes. Two ferocious animals in a death fight that's
progressing to mutual rape.

Then does.

Wild, rabid intensity.

That grows.

Rage still there, still fighting, but giving way to...

Heat.

White hot.

The fireplace ROARS and POPS behind them, a red glow is cast, making them look one with the flames. The table lamp and wine glass lie shattered on the floor nearby.

Still they go at each other. Their passion ends in an explosive climax.

Steve falls onto Mary, her wrists pinned down. They lie pressed chest-to-chest, sweat gluing them together, catching their breaths.

Moments pass.

Steve rolls off, lies beside Mary. Both dazed. Still breathing hard. But calm.

                    STEVE
          Don't try to go for the rifle.
          I'll deck you.

LATER

The fireplace is calmer.

Steve, loosely put together, places a bottle of liquor and two glasses on the side table. He keeps his eye on Mary, who similarly eyes him, and who is similarly disheveled. Steve pours himself a drink, keeps his body facing Mary. When one moves, the opposite responds - like pacing tigers, still tentative, cautious.

Drink in hand, Steve steps back. Mary steps forward, pours herself a drink. Then she sits on the floor near the fireplace. Steve does the same, but next to the sofa. He takes a few sips.

They sit like that, eyeing each other.

LATER

Music plays softly. Mary, stretched out near the fireplace, takes the last sip of her drink. Steve moves over on his knees, pours her another glass. He moves back to the sofa, leans back against it. He stares at Mary.

                    STEVE
          So you wanted to kill your son's
          father?

Mary props herself on one elbow. She plays with her highball glass.

> MARY
> Well, sweetie, he's not your son.

Steve suddenly sits up.

> STEVE
> You little-- Not... not what's-his-name.

> MARY
> Yeah, what's-his-name.

Steve is totally in shock then he laughs. His head leans back. He laughs uproariously, seems to be the most amusing thing he's ever heard.

> MARY
> You're a bigger bastard than I imagined.

> STEVE
> God, I really wanted to kill you.

> MARY
> How about now?

Steve thinks about it.

> STEVE
> A little.

> MARY
> So you married yourself a yoga instructor. That's sweet. Still pissing off your parents, Steve? Went down a few notches to piss 'em off even more?

> STEVE
> (by way of
> explanation)
> But... she's from "good" stock.

Mary looks at Steve, perplexed by this man before her.

> MARY
> My silent nickname for you was "The Missionary."

Steve thinks about that.

                          STEVE
            A wife should be prime and proper.

                          MARY
            Really?

                          STEVE
            I didn't want the mother of my
            children to be a bitch.

Mary sits up on her knees, spreads out her arms.

                          MARY
            But I am.

                          STEVE
            But he's not mine.

                          MARY
            Bother you?

Steve contemplates. He moves closer to Mary.

                          STEVE
            His paternal grandparents have been
            very generous since his birth.

                          MARY
            You bastard.

                          STEVE
            It wasn't planned. --Who are you
            to talk? Twice now, you tried to
            kill me.

                          MARY
            I was looking forward to it.

Steve thinks about that a moment, then, out of nowhere, he
flips Mary around and onto the floor, is on top of her,
keeps her pinned down while he goes at her again.

Mary fights, which makes him go at her harder.

Moments later, she's at him like a cat in heat. This time,
the heat between them - a furnace.

When it's over, they stare at each other, seeing each other
perhaps for the first time. And liking it.

LATER

Steve and Mary now sit close to each other on the rug in
front of the fireplace, which is at a steady roar. Mary
seems to be studying Steve.

                STEVE
      Why me?

                MARY
      Money. I nearly died when you
      bought that dump you called a home.

Dumbfounded and taken by surprise, Steve laughs and coughs
at the same time, but manages to say...

                STEVE
      What about my potential?

                MARY
      I thought you were all blow.

Now Steve rings out a clear laugh, ever so amused. Mary just
stares at him.

                MARY
      You married me just to piss them
      off. Didn't you?

                STEVE
      Oh, come on.
          (shrugs)
      Well, yeah. Mostly. I thought you
      were nice, though. The good woman
      who stays busy at home with the
      kids, while I go out and screw the
      bad women.

Mary smiles.

                MARY
      Is that how it works? But Steve, I
      never would have tried to kill you
      if I knew you could fuck.

Steve pulls Mary back to him.

                STEVE
      Mary, Mary, quite contrary. I like
      you better this way.
          (beat)
      See me again?

                              MARY
                    A married man? What do I get out
                    of it?

                              STEVE
                    We'll think about it.

He pulls Mary closer. She falls into him.

INT. STEVE AND EILEEN'S HOME - NIGHT

Steve relaxes in his business suit. The phone rings. Eileen
goes over, picks it up.

                              EILEEN
                    Hello?

She tightens, gives Steve a look.

                              EILEEN
                    I'm fine.
                         (beat)
                    Yes, just a minute.

Confused, she places her hand over the mouthpiece.

                              EILEEN
                    It's Mary.

Steve looks at her, just sits there.

                              EILEEN
                    She wants to talk to you.

Steve is very cool, standoffish.

                              STEVE
                    About what?

                              EILEEN
                    She didn't say.

Steve gets up, heads toward her.

                              EILEEN
                         (voice lowered)
                    She's suddenly acting friendly?

Steve takes the phone from Eileen. Eileen stands beside him,
trying to listen in.

                              STEVE
                    Hello, this is Steve.

He holds the phone tight to his face.

                    MARY (V.O.)
          I miss you.

Steve grimaces at Eileen.

                    STEVE
          Just a minute.

He puts his hand over the mouthpiece.

                    STEVE
               (to Eileen)
          I can handle this.

Eileen hesitates, then walks away.

                    STEVE
          What do you want, Mary?

Eileen watches Steve from a distance.

                    MARY (V.O.)
          I want you to come over and screw
          a bad woman.

Steve gives a hint of a smile. He turns away from Eileen.

                    STEVE
          I can't do that right now.

                    MARY
          You must know the words to get
          away. It was always in your
          marriage plan. Meet me at our
          beach. I'll be waiting.

DINING ROOM - LATER

Steve, Eileen, and little Steve quietly eat dinner. Too
quietly. Eileen glances over at little Steve's almost-empty
plate.

                    EILEEN
          You can go now if you're finished.

Little Steve looks pleased. He leaves the room.

Quiet again. Eileen glances at Steve, looks like she's just
about to say something.

                    STEVE
          I'm finished, too.

He gets up, food left on his plate. He picks up little
Steve's plate, heads into the...

KITCHEN

Steve places the plates in the sink, quickly rinses the
dishes, places them in the dishwasher. He dries his hands on
a hand towel as Eileen comes in with her plate.

She heads to the sink. Places her dishes there. Hesitates.

Steve is about to leave the room. Eileen turns toward him.

> EILEEN
> Is something going on? With you
> and Mary I mean?

Steve stops at the kitchen door. Is very still.

> STEVE
> Huh?

Eileen walks over to him, then... puts her arms around him.

> EILEEN
> I don't trust her. If she's still
> harassing you--

> STEVE
> No, it's... she was fine. I think
> she's found her own life now.

> EILEEN
> I hope so, because I don't want
> you putting yourself on the line
> protecting this family anymore.

> STEVE
> Oh, come on.

> EILEEN
> Maybe she is over you... But if
> she tries anything again, you have
> to report it.

> STEVE
> I wouldn't worry.

He glances at his watch.

> STEVE
> Think I'll go to the gym.

                        EILEEN
          Maybe I can find a babysitter.

                        STEVE
          For what?

                        EILEEN
          I want to go, too.

                        STEVE
          I'm just going for a quick workout.

                        EILEEN
          Good.

INT. GYM - NIGHT

Moderately crowded. Steve is on a stationery bike - looking
bored. Eileen is on a treadmill in the b.g.

INT. STEVE AND EILEEN'S HOME - BEDROOM - NIGHT

Steve and Eileen are in bed, awake. Steve watches the late
night news while Eileen reads a book. Steve picks up the
remote, turns the television off. Eileen looks up from her
book.

                        EILEEN
          You're not going to wait for the
          weather report? You always wait
          for the weather report.

                        STEVE
          I'm tired.

                        EILEEN
          Still, I thought you didn't like
          surprises.

Steve rolls over, snuggles in.

INT. STEVE AND EILEEN'S HOME - KITCHEN - LATE THAT NIGHT

Steve stands next to the counter, just starts to dial the
phone. Hears movement nearby. Looks over to see...

Eileen, standing in the kitchen doorway.

                        STEVE
          The weather report. You're right,
          I can't get to sleep without it.

He finishes dialing the phone. Eileen smiles, walks toward a
cupboard.

                              EILEEN
                    How about a nightcap?

                              STEVE
                    Great.

Eileen walks out of the kitchen. Steve glances that way,
holds the phone away from his face, then, hangs up.

EXT. STEVE AND EILEEN'S HOME - MORNING

The neighborhood is still quiet.

INT. STEVE AND EILEEN'S HOME - LIVING ROOM - MORNING

Steve, dressed for a weekend day, enters from the stairway,
is startled to see...

Mary, standing before him. She's very cool, smiles
provocatively.

                              MARY
                    The front door was unlocked.
                    You missed our date.

Steve looks a bit panicked.

                              STEVE
                    Look, Mary, Eileen's upstairs
                    taking a shower.

Mary heads up the stairs.

                              STEVE
                         (his voice low)
                    What are you doing? Mary!

UPSTAIRS

Mary goes into the...

BEDROOM

Walks to the foot of the bed. The shower is heard RUNNING
(O.S.). Mary begins to take off her dress, wears nothing
underneath.

                              STEVE
                    We can't do this here. Jesus!
                    Mary!

Naked, she envelopes him, kisses him, her hands going over
his shirt, unbuttoning it.

Steve responds. He goes at her on the end of the bed.

The shower stops. Mary groans. Steve puts his hand over her mouth.

Mary bites one of Steve's fingers. He winces, but doesn't move his hand.

Moments later, they're done. Steve hastily buttons up. Mary smiles up at him.

                    STEVE
                (a whisper)
          Hurry!

He grabs Mary's dress off the floor, helps her off the bed, leads her toward the bedroom door, hurries her into the hallway just as...

Eileen, wrapped in a bath towel, enters the bedroom.

Steve walks casually back toward the end of the bed.

                    EILEEN
          I thought you were going to make
          me coffee. Slacking buster?

She pushes him back onto the bed, playfully falls onto him.

Steve glances up at Eileen. Suddenly, Mary's face looms over Eileen's shoulder. Mary gazes down at Steve. Smiles.

Eileen pushes off, blocking Mary. She braces herself on her hands, trying to be sexy.

                    EILEEN
          When I don't have my coffee,
          you should see how bad I get.

She gives Steve a mock threatening look.

                    STEVE
          Uh, huh.

Eileen starts to push away. Steve pulls her down onto him. He lifts his head, glances at the empty room, then gives Eileen a light pat on her butt, rolls her onto her back, freeing himself. He gets up.

                    STEVE
          Time to get dressed, slacker.

Eileen, smiling, curls herself off the bed, heads toward her walk-in closet.

HALLWAY

Steve exits the bedroom, worried to see Mary right there, still putting herself together so close to the bedroom. He grabs her arm. They head down the stairs, Mary acting like this is a lark.

BOTTOM OF STAIRS

Steve leads Mary toward the front door, but hears Eileen coming down the stairs. Steve detours Mary toward the...

KITCHEN

Beelines for the door that leads into the...

GARAGE

Steve and Mary come through the door, stand just inside it, listening for Eileen, Steve looking far more panicked than Mary. Mary starts toward garage's exterior side door. Steve pulls her back, motions for her to be quiet.

                    STEVE
                 (whispering)
          It won't look right. The neighbors
          might see.

They hear the distant front door open then a moment later close. Steve looks puzzled. They head back through the kitchen.

HALLWAY NEAR THE KITCHEN

Steve comes through the kitchen opening, is startled to see Eileen approach, newspaper in hand. He instantly stops.

                    STEVE
          Hi, Honey.

Eileen appears perplexed by the greeting.

EXT. STEVE AND EILEEN'S HOME - CONTINUOUS

Mary comes out from the side of the garage, heads toward her car.

HALLWAY NEAR THE KITCHEN

Eileen stops in front of Steve, glances around.

                    EILEEN
          What were you doing? Taking out
          the trash?

                              STEVE
                    ...Yeah.

                              EILEEN
                         (gives Steve
                          a glance over)
                    You look like you could use a
                    shower.

INT. JUNE'S HOME - KITCHEN - LATE MORNING

June is preparing a sandwich. Mary walks in, smiling.

                              JUNE
                    There you are. Where did you go?

                              MARY
                    For a morning workout.

June looks over, pleased.

                              MARY
                    Do you want a sandwich?

                              MARY
                    I'm starving.

                              JUNE
                    Oh, officer Sykes just called.

Mary blinks.

                              JUNE
                    He wanted to know how you were.
                    I told him you're doing much
                    better. I knew you'd start a new
                    life and forget all about Steve.

Mary smiles.

                              MARY
                    Yes, Mother, everything's going
                    to be fine now.

EXT. STEVE AND EILEEN'S HOME - EARLY EVENING

Steve's Mercedes drives into the garage.

INT. STEVE AND EILEEN'S HOME - LIVING ROOM

Steve walks in wearing a business suit, carrying a briefcase.

                              EILEEN
                    How was work?

Steve enters a small office off the living room. Drops his
suitcase there.

> EILEEN
> Cindy told me that Mary was here
> yesterday.

BEAT

Steve doesn't look up.

> STEVE
> Yes, she was.

He waits for more of the story. Eileen approaches.

> EILEEN
> You didn't tell me.

> STEVE
> And bother you with all the nasty
> details?

> EILEEN
> Yes, because I'm your wife. If
> she's still--

> STEVE
> Eileen, it wasn't that bad. It
> wasn't bad at all. I took care of
> it.

> EILEEN
> Did she see little Steve?

> STEVE
> No, he was at his friend's house.

> EILEEN
> We didn't agree to this weekend.

> STEVE
> I know. I made it clear. We talked.
> It got a little heated, then... she
> left.

> EILEEN
> She came and went just like that?

> STEVE
> *Just* like that.

Eileen looks proud of him.

                         EILEEN
               Well... good. I guess the worst is
               over. But please share these things
               with me.
                    (kidding)
               If you don't, our nosey neighbors
               will.

INT. STEVE AND EILEEN'S HOME - NIGHT

Eileen and little Steve sit close together on the sofa,
reading. Eileen places her arm warmly around little Steve.
She glances at the wall clock: 8:34 p.m.

Outside, the sound of rain.

EXT. BEACH - NIGHT

Rain pops on the ocean's surface, lit by a three-quarter
moon.

Only two figures are on the beach, blending with the rain,
laughing, having a great time: Mary and Steve, looking like
drowned rats.

A thunderbolt strikes a few miles out in the ocean. They
stop to look.

                         MARY
               It's getting closer.

                         STEVE
               Is it a bad sign?

Mary seems no longer to care about bad signs. They both know
the danger, but together, they're fearless. They move closer
together. Begin to kiss passionately, no longer fighting
nature. Now one with it - all of it - primal, animal.

EXT. BEACH - COVE - LATER

Sand among large rocks and a rocky overhang forms a smooth
pad in a semi-shelter. Mary and Steve lay together on the
sand, clothes glued to their bodies, beads of moisture on
their faces. Now and then, a wave churns up high, spills a
thin wash over the couple.

They don't seem to notice, gaze at each other. This, the
first time between them, is genuine love -- the type of
union they could have had all along.

Steve plays with Mary's hair.

                         MARY
               I want to start all over. You, me
               -- our son.

                         STEVE
               I'd like that.

He gently moves the hair away from Mary's eyes.

                         MARY
               You have to divorce Eileen.

                         STEVE
               What about custody? She's his mother--
               His legal mother. You know that.

Mary quickly looks away - hurt like an innocent child.

                         STEVE
               And my parents--

                         MARY
               Your parents?

                         STEVE
               They've known Eileen for five years
               now. She's like a daughter--

Mary sits up abruptly.

                         STEVE
               They would hate you for spoiling that.

                         MARY
               They already hate me. We'll move...
               somewhere... somewhere far away.

                         STEVE
               What about Carl?

                         MARY
               What about him?

                         STEVE
               Are you still--

                         MARY
               Still what?

Steve shakes his head in disbelief.

                         STEVE
               You and Carl. I bet you could still
               wrap him around your little finger.

Mary smiles with a look of triumph, as though she could.
All innocence evaporates.

                    STEVE
          What about little Steve? How does
          Carl feel about him?

                    MARY
          Carl's more interested in his
          little cars. You're Steve's real
          father, and I'm his real mother. We
          could be the perfect family -- if
          not for Eileen.

Mary gazes deep into Steve's eyes.

                    MARY
          Did you ever love her?

Steve thinks about it.

                    STEVE
          I needed someone to take care
          of my son.

Mary is amused.

                    MARY
          Oh, Steve, you could have hired
          a nanny.

Steve takes Mary's hand, kisses, plays with it.

                    MARY
          So what should we do?

                    STEVE
          We could make it work. Find a way.
          It wouldn't be easy, but...

                    MARY
          We could do it.

They touch each other, expressing their mutual longing,
contemplating their options.

                    STEVE
          You were at my home. The neighbors
          saw you. If anything happens... I
          don't want anyone to think you were
          involved.

Mary thinks about it.

> MARY
>
> What do you mean?

INT. NIGHTCLUB - NIGHT

A fun, loud dance spot. Mary and Carl head toward the crowded dance floor. Mary's attention is suddenly elsewhere.

Carl looks that way, spots Mark, who feels their gaze - he turns, looks at Mary, then Carl. A dead look. He turns away, talks to another guy.

> MARY
>
> That's Steve's brother.

> CARL
>
> I know. I've seen him around.
> A fag, right? A suspicious fag.

Mary frowns at the comment.

> MARY
>
> Guess he's not a fan.

DANCE FLOOR - LATER

Mary dances provocatively, Carl loves it.

Mary moves her lips closer to Carl's ear.

> MARY
>
> She's visiting relatives.

Carl smiles.

INT. JUNE'S HOME - LIVING ROOM - NIGHT - LATER

Mary and Carl hover near each other. A bottle of wine and almost-empty wine glasses on the coffee table. In the toned down lighting, the sofa's toss pillows, normally unobtrusive, appear queasily green, trashy.

> MARY
>
> You know what I want?

Carl moves closer, smiling.

> CARL
>
> What do you want? Huh?

Mary leans her head against his shoulder.

> MARY
>
> I want our son back.

Carl cools to Mary, leans his head back to look at her.

                    CARL
          How? You know what the court said.

Mary moves in tighter, wraps her arms around Carl's waist.
He slowly pushes her away -- so that's what this is about.

                    CARL
          Why? Why are you doing this?

He sits on the sofa, pissed.

                    CARL
          You know, your mother called a
          couple of times. She thought you
          were with me. I let her think it.

Mary looks away.

                    CARL
          You're seeing him, aren't you?
          You wanted to kill him, now
          you're fucking him!

                    MARY
          Carl, that's a nasty way to talk
          about my ex.

                    CARL
          Is he the asshole you've been
          longing for?

                    MARY
          I never signed the divorce papers.
          He's my husband and I want him back!

Carl stands, roughly grabs Mary's arm.

                    CARL
          It's over, Mary.

                    MARY
          You and me?

                    CARL
          You and Steve.

Mary yanks her arm out of Carl's grip.

                    MARY
          Not unless I say so.

Carl shakes his head, steps back.

                         CARL
               I don't know what you're doin',
               but I don't want any part of it.

                         MARY
               Don't forget, you already are.

Carl stares at Mary. A look of complete disconnect. Mary's
icy demeanor is up in a second.

                         MARY
               I used to think Steve was the
               wimp. You want to run?
                    (brushes him off)
               Go.

                         CARL
               You were looking for a mark, and
               Steve... was the perfect asshole.
               But you know what, you're beginning
               to seem a lot like Steve.

He heads toward the door. At the door, he stops, turns
around.

                         CARL
               And you know what else? Eileen's
               a good mother.

                         MARY
               Don't say that.

                         CARL
               A good mother!

He leaves.

Mary, enraged, kicks the wall, kicks it again, again.

                         MARY
               She's not going to have my son!

INT. DEPARTMENT STORE - MEN'S CLOTHING - DAY

Eileen focuses on a rack of clothes.

Little Steve fidgets nearby.

Eileen picks a shirt off the rack. Holds it up. Puts it
back. Pulls out another shirt. Suddenly notices little Steve
is nowhere around.

She quickly racks the shirt. Starts looking around.

                              EILEEN
                    Stevee? ...Steve!

She hurries, panicking, calling out his name.

Several moments later, out of the corner of her eye, she
spots him.... sitting on the floor, playing with a small
stuffed animal, no tag on it. Eileen hurries over, relieved.

                              EILEEN
                    I told you, don't run off like
                    that... Where did you get that?

Movement in a mirror catches her eye. She turns to see
clothes slowly spin to a stop on a rack. No one there.

EXT. TOWN - CITY STREET - DAY - LATER

Eileen and little Steve walk hand-in-hand down the city
street. Eileen carries a bag in her other hand.

They stop at the corner, wait for the light. Little Steve
pulls away, steps onto the street as a car approaches.
Eileen quickly pulls him back protectively. Holds tight.

Behind them, a SCREECH of tires. Eileen looks that way just
as the back of a dark blue car turns into an alley.

INT. RESTAURANT - NIGHT

The restaurant is upscale. Steve and Eileen sit together at
a table, eating. Eileen glances at Steve, hesitant, then...

                              EILEEN
                    Have you talked to Mary lately?

                              STEVE
                    No. Why?

                              EILEEN
                      (treading gingerly)
                    I don't know... It's strange. Now
                    that June picks up little Steve, I
                    haven't seen Mary in weeks, but it
                    feels like she's still around...
                    like she's... following me.

                              STEVE
                    Don't be ridiculous. I haven't seen
                    her in weeks.

                              EILEEN
                    Maybe she's saving you for last.

Steve is dismissive, then...

                    STEVE
          Stop it.

                    EILEEN
                (stunned)
          Stop it?

                    STEVE
          Yes, stop it. You're being paranoid.
          If you see her, try to be nice.

                    EILEEN
          Excuse me?

                    STEVE
          I told you. Don't become involved.
          You might cross paths -- so what --
          play it cool.

Eileen just stares at him, speechless.

                    STEVE
          What do you expect Eileen? We all
          live in this town. She has as much
          right here as we do.

Eileen stares hard at Steve.

                    EILEEN
          Sometimes, I...

Steve leans forward. His arrogant side pours forth.

                    STEVE
          Sometimes what?

Eileen doesn't answer.

INT. STEVE AND EILEEN'S HOME - STUDY - NIGHT

Steve is on the phone.

                    STEVE
          I want to see you tonight--

                    MARY (V.O.)
          We can't continue like this, Steve.
          I want you. I want us -- our
          family. You promised me.

                    STEVE
          I know, Mary, listen--

                           MARY (V.O.)
              It's hurting me. I can't keep
              hurting like this. I tried--

                           STEVE
              Mary, look. Don't--

Mary hangs up.

INT. STEVE AND EILEEN'S HOME - BEDROOM - SHORT TIME LATER

Eileen reads a book. She hears the front door SLAM shut.

Eileen goes to the window, watches Steve's Mercedes drive off. At the end of the street, he wants to blow the stop sign, but a car passes. The Mercedes breaks hard, HONKS at the other driver.

EXT. HIGHWAY - NIGHT

Steve's Mercedes zooms down the highway, tailgating, overtaking other cars.

EXT. STRIP CLUB - NIGHT

Not the most high-class joint. But the dancers are good.

Steve sits alone near the stage, gazes at the stripper however he desires - in control. A hand squeezes his shoulder.

Steve looks up to see two old buddies (RON and EDDY).

                         RON
              Well, look what the devil drug
              in. Hey, ol' buddy, thought you
              disappeared into married life.

                         STEVE
              But hear I am.

                         EDDY
              The only thing that troubles us is
              you're still alone. Worried about
              witnesses?

                         STEVE
              I'm worried about not getting
              another drink around here. I'm
              worried you're still an asshole.

Eddy's amused that he's still an asshole.

                        RON
            We all need a break now and then.
            Right Eddy?

                        EDDY
            Does the little woman know you're
            here?

                        STEVE
            Do I have to tell her everything?

Ron smiles - that's the old Steve. He gives Steve a big
buddy pat.

LATER

Ron sits at Steve's table drinking beer along with Steve
who's downing another glass of suds and looking tipsy.
Together, they watch...

EDDY

who stands next to the stage, admiring the stripper. She
moves toward him, backs away, plays with him. He loves it.

Steve jealously watches.

The stripper moves in again, wiggles down. Eddy reaches out
to slip a few bills under her g-string -- chases it as she
wiggles back up. Moments later, she wiggles back down. The
bills go in.

Steve watches dead on. Ron loves the whole scene.

                        RON
            She's a good one.

                        STEVE
            She is.

                        RON
            It's all over, dude.

Steve looks like he doesn't think so. He gets up, walks
toward the stage.

                        RON
            Oh! Whoa!

Steve passes Eddy, who looks worried.

                        EDDY
            Hey, buddy, no touch.

                    STEVE
          I'm gonna tip her.

                    RON
          Remember the rules!
               (to Eddy, who's
                sitting down)
          He always forgets the rules.

Steve approaches the stage, motions for the dancer to come
over. She slinks over. Ron and Eddy look anxious; they know
better.

The dancer stoops, plays with Steve like she did Eddy - in
control. Steve looks pissed. Finally, she just allows Steve
to slip the bills under her g-string, then slithers back
up, begins to walk off. Steve reaches out, grabs her wrist.
Startled, she turns, tries to pull her wrist from his grip.

Ron and Eddy jump up from their seats.

                    RON
          Steve... Steve!

Steve pulls the stripper off the stage. In an instant, he
has her ass up and gives her several smacks.

The patrons HOOT! YIP! HOLLAR!

Blocking the stage lights with his bulk, a giant BOUNCER
grabs Steve by his jacket and practically slips it up and
over his head. Another dancer pulls the stripper off Steve.

                    STRIPPER
          That'll cost you! Hey!

Steve is dragged backward across the floor by the bouncer.

                    STRIPPER
          You!

She starts after him but other dancers hold her back. Ron,
grinning, moves in, tips her until she stops yelling. A
couple of patrons toss a few bills over Ron's shoulder.

                    RON
          It was worth it.

She leers at him.

EXT. STRIP JOINT - NIGHT

The door POPS open. The bouncer appears, still dragging
Steve backward. The bouncer tosses Steve onto the curb.

                         BOUNCER
                And don't come back, gringo.
                Capullo.

Steve can barely move. His buddies help him up.

                         EDDY
                Sorry, bud, but you deserved that.

His buddies have a look of exasperated disbelief. They laugh.

                         RON
                It amazes me what you get away with.

                         EDDY/RON
                Man.

EXT. STRIP CLUB - FRONT DOOR

The bouncer stands next to his BUDDY.

                         BOUNCER
                That took cajones.

                         BUDDY
                Yeah.

EXT. STEVE AND EILEEN'S HOME - NIGHT

The neighborhood is quiet. Steve's Mercedes followed by a
Chevy truck drive up and stop in the driveway. Ron, laughing,
gets out of the driver's side of the Mercedes. Steve, uneasy,
gets out of the other side.

Ron climbs into the passenger side of the truck. He and Eddy
shoot a farewell then drive off as Steve heads toward the
front door.

INT. BEDROOM

Eileen is in the shower. Her figure blurred by white, opaque
glass. Sound of FOOTSTEPS enter the bathroom.

                         EILEEN
                Steve? Is that you?

Steve stands in the bathroom, undressing. He enters the
shower. His blurred image approaches Eileen, slowly begins
caressing her, like in a dance. Gets rougher.

                         EILEEN
                Steve, what--

Steve turns Eileen around, roughly pushes her against the tile wall. He goes at her like a wolf on a doe.

INT. STEVE AND EILEEN'S HOME - LIVING ROOM - NEXT NIGHT

Eileen walks into the room, sees Steve standing by the bar, pouring himself a drink. Just home from work, he's dressed to the hilt, from all appearances, highly refined. Eileen stares at Steve, keeps her distance.

                    EILEEN
          I want to talk to you... about
          Mary.

Steve looks over, takes a sip. He puts his drink on a coffee table, plops down in a chair that faces Eileen, loosens his tie. Now he gazes straight at Eileen, ready to listen, but overbearing, intimidating. Eileen gathers her courage.

                    EILEEN
          Maybe she's out of our life now...
          I don't know.

Wary, she slowly approaches.

                    EILEEN
          But Steve, if you ever--

                    STEVE
          You know, you're right what you
          said about Mary.

Eileen looks like the weight of the world just slipped from her shoulders.

                    STEVE
          We still need to be cautious.
          She's had a hard time. But you
          know what,
               (he slowly stands)
          that's no excuse.

He steps toward Eileen. She quickly closes the distance, embraces him.

                    EILEEN
          I was worried about you.

Steve hugs her tenderly. They stand together in this warm embrace. Steve pulls back gently, slips his hands around her face, catches her gaze, smiles lovingly.

                              STEVE
                    We need to spend some time
                    together. Why don't you go with
                    me to the cabin.

                              EILEEN
                    What? You know I don't like hunting.

Steve contemplates Eileen's hand.

                              STEVE
                    It's the way life is.

                              EILEEN
                    Steve, I--

                              STEVE
                    You can go hiking. The mountains are
                    beautiful this time of year. Just be
                    there. Little Steve can stay with my
                    parents. --Just you and me.

Eileen isn't convinced. Steve maintains eye contact -
a gentle persuasion. Eileen resists, then...

                              EILEEN
                    Okay.

They embrace. Eileen suddenly pulls away.

                              EILEEN
                    Oh, I forgot. Little Steve has a
                    birthday to go to that Friday.

Steve stands still, but the wheels are turning.

                              EILEEN
                    Why don't I drive out Saturday
                    morning?

Eileen looks pleased with her solution.

So does Steve. He smiles. Then, a moment of doubt, of
love... that slowly disappears.

EXT. STEVE AND EILEEN'S HOME - NIGHT

Steve, in jeans and plaid shirt, packs his Mercedes with
his hunting gear while Eileen stands nearby to see him off.
Steve slides behind the wheel. The Mercedes pulls out of
the driveway, disappears down the darkened street.

INT. STEVE AND EILEEN'S HOME - BEDROOM - LATER

Eileen is alone in bed. She turns on the late night news.

> WEATHERMAN
> (filtered)
> ...just blue skies, becoming partly
> cloudy in the mountains, with the
> possibility of a few light showers
> through the weekend.

> NEWSCASTER
> (filtered, joking)
> Uh... Tim, didn't you get that
> wrong last weekend?

> WEATHERMAN
> (filtered)
> Predictions aren't perfect, Jim.
> Never really know what you'll get
> until it comes.

EXT. LONELY STRETCH OF MOUNTAIN HIGHWAY - LATE MORNING

Eileen's car heads down the winding, desolate highway.
She's on her cell phone.

> EILEEN (into the phone)
> Sorry, I'm running late. I forgot
> my hiking shoes.

> STEVE (filtered)
> Look, I'm getting ready to head out.
> There's a trail just to the right of
> the cabin. It winds through the woods
> then along the ridge. Great views.

> EILEEN
> See you later then.

EXT. CABIN - LATE MORNING

Eileen's car bumps over the gravel road, stops near Steve's
car. Eileen gets out of her car, travel bag in hand. She
looks around at the cabin and beautiful woods; is thrilled.

EXT. CABIN - LATE MORNING - LATER

Eileen comes out of the cabin, a fanny pack around her
waist. She heads toward the trail. It's a sunny day. A few
billowy white clouds dot the sky.

EXT. WOODS - EILEEN'S LOCATION - DAY

Eileen makes her way down a trail through the light-filtering woods.

EXT. WOODS - STEVE'S LOCATION

Steve peers through the trees. In the distance, something moves. Steve takes careful aim.

EXT. WOODS - EILEEN'S LOCATION

As is the uncertainty of nature, out of the blue, clouds begin to roll in, turning dark.

The valley narrows here, the opposite side about one hundred-fifty feet away.

POV FROM THE WOODS ACROSS THE RIDGELINE

A rifle follows Eileen as she makes her way along the ridge.

Raindrops fall from the sky. Eileen looks up, stops, disappointed. She turns, heads back toward the cabin.

BAM! Chips of wood explode off a tree trunk, smack Eileen in the head. She stumbles, dazed, knocks into a tree branch, falls unconscious to the ground as another bullet explodes into the tree where she had just been standing.

Heavy raindrops splat to the ground.

EXT. WOODS - STEVE'S LOCATION - LATE DAY

Steve, rifle down, hurries through the rain across an open area, nearly slipping in the growing puddles.

EXT. WOODS - EILEEN'S LOCATION

Rain pours down on Eileen. She moves, slowly sits up.

POV FROM VALLEY FLOOR UP TOWARD THE RIDGELINE

Someone is moving up the embankment toward her.

EILEEN

pulls herself up using a tree for support. The rain is coming down in sheets around her.

POV FROM EMBANKMENT JUST BELOW THE RIDGELINE

The unseen person comes up over the ridge where Eileen fell.

Eileen is gone.

Pan up from the unseen person's feet to reveal Mary holding a rifle, peering through the rain, searching for Eileen.

EXT. WOODS - EILEEN'S LOCATION

EILEEN heads down the trail through the blinding rain.

EXT. WOODS - STEVE'S LOCATION

Steve finds the trail. Looks down it in both directions. Decides which way to go. Hurries that way.

EXT. WOODS - EILEEN'S LOCATION

The rain still falls in sheets. Eileen looks around, lost.

ELSEWHERE ON THE TRAIL

Mary spots a watery image through the rain. She points her rifle, about to shoot, then sees it's Steve. Rifle down, Mary rushes toward him.

                    MARY
          Steve!

A SHOT rings out.

Mary stops dead. Then...

Steve's blurry shape crumples to the ground.

Mary runs toward him, losing then gaining sight of him through the pouring rain. A dark shadow seems to move around him.

                    MARY
          Steeeve!

EXT. WOODS - EILEEN'S LOCATION

Eileen turns at the shot, heads that way.

MARY

races toward where Steve fell. She finds him lying on the ground, his rifle beside him, a bloody smear in the middle of his chest. Dead.

                    MARY
          No... Noooo!

Her cry is drowned by the sound of rain.

Mary puts down her rifle, places her hand on Steve's chest, over his heart, then moves her hand to cuddle his head.

Mucky FOOTSTEPS sound nearby. Mary turns as her rifle is snatched up. She looks up to see...

Carl, standing with his own rifle, and now Mary's.

Mary quickly picks up the rifle next to Steve.

                    MARY
          You... You son of a bitch!

She aims, pulls the trigger. Empty.

                    CARL
          It's over.

He turns, hurries into the woods. Mary searches Steve's jacket pockets. Nothing. Spots a lone cartridge slowly sinking into mud. She grabs it, wipes it clean, loads. In a rage, she rushes after Carl, but can barely keep sight of him through the dense trees and blinding rain.

Mary makes it to the road, aims her rifle as Carl's car drives off, back toward town.

Tears and rain stream down Mary's face. She's a livid, raving wreck. She stumbles back through the woods toward Steve when...

Nearby, from where Steve fell, a woman SCREAMS.

Mary instantly knows who it is, transforms from weeping lamb to vicious wolf. She races that way.

EILEEN

stands next to Steve's body. She looks up, spots movement through the trees, sees Mary through the rain. As Mary raises the rifle, Eileen pierces her with a look of hate and fear. Eileen races back toward the cabin.

SOMEWHERE IN THE WOODS - SHORT TIME LATER

Eileen is in an all-out run.

EXT. CABIN - SHORT TIME LATER

The door SLAMS shut. Latches.

Mary runs straight for the living room window, SMASHES it open with the rifle butt. Savagely kicks away shards of glass.

INT. CABIN - LIVING ROOM

Mary slips through the broken window. Looks around in the dim light. Heads toward the...

KITCHEN

Mary pushes the door open, sees nothing in the small space. She turns back around.

Eileen, looking unbelievably livid, appears from behind the door, a large frying pan in her hand. She swings down at Mary's head just as Mary steps away.

The pan misses its mark, deflects off Mary's shoulder, causing her to drop the rifle. It hits the floor, kicks out the cartridge.

Eileen stands ready to strike again. She swings out as Mary ducks, goes for the rifle. The pan strikes hard on her back. Mary tumbles to the floor.

Eileen stands over her. Ready to strike again.

Mary kicks Eileen's thighs, causing her to stumble back and fall. The pan BANGS to the floor.

Mary grabs the cartridge and rifle. Loads.

Eileen appears over Mary again, livid, welding the pan. Mary's rifle goes up. BAM! The shot hits the pan out of Eileen's hands, kept her from getting shot.

Eileen grabs the rifle. A struggle. Eileen pulls the rifle from Mary's hands, holds it backward like a bat, ready to pummel Mary.

Mary deflects, goes for the frying pan. They duke it out, frying pan against empty rifle. The heavy pan splinters the wood along the rifle's side. Eileen backs away, sees the open kitchen door, races with the gun past Mary into the kitchen.

Mary, armed with the frying pan, races after her like a Banshee. The kitchen door SLAMS shut in Mary's face.

INT. KITCHEN

The pan POUNDS into the door. Eileen is knocked forward, pushes back against the door. The pan POUNDS again.

Frantic, Eileen looks around the kitchen for a weapon. The kitchen is mostly bare except for the kitchen table a couple of feet to the side. Eileen reaches toward it with her foot, hooks a table leg, pulls the table toward her.

The pan POUNDS into the door, breaks open a spot next to Eileen's head. Eileen jams the table between the door and opposing counter, moves away from the door as another POUND causes the table to reverberate.

Eileen rushes to a kitchen drawer, ravages through it for a weapon. Nothing. She pulls hard on another drawer, it comes all the way out, spills onto the floor. A kitchen knife slides across the floor.

Another CRASH. The table moves, unblocking the door. The kitchen door flies open, knocks over the table. Eileen instantly goes for the knife. Mary is too close.

Eileen runs to the door, her path blocked by the toppled table. She grabs to move it. Mary rushes up. Eileen swings the table around as a bulwark. Ducks behind it. The rifle slides in behind the table.

The pan SLAMS into the table. Eileen is trapped. Then...

She spots a lone cartridge (the cartridge Mary had used to deceive Steve) underneath the jutting ridge of the cabinet.

Mary swings back with the pan. Eileen, feet against the table, kicks it hard. The table smacks into Mary; she stumbles back, drops the pan. The kitchen knife is right there. Mary grabs it.

Eileen reaches for the cartridge, fumbles to load it. Mary lunges for her as the rifle goes up and BAM!

Mary is thrown back onto the floor.

Eileen stares at Mary's motionless figure.

Mary stirs. Eileen, stunned, gets up. Mary does the same, a streak of blood across her side. Eileen runs into the...

LIVING ROOM

Looks back to see Mary, her side bloodied, coming toward her, wielding the knife. Eileen trips on an area rug, tumbles to the floor.

Mary approaches slowly, stands over her, is about to strike.

                    EILEEN
          You killed my husband! You killed
          my husband!

This takes Mary off guard.

                              MARY
                    No, you don't understand, I...
                    I loved him.

She falls to the floor. Fades away.

EXT. MOUNTAIN ROAD - DAY

A hand places flowers at the spot where Mary and Steve went
over the cliff.

Carl gazes at the distant vista. He pulls the heart-shaped
necklace from his pocket, gently touches the engraved
initials. He walks back to his truck. Gets in.

INT. TRUCK

Carl holds the necklace out to the person beside him in the
passenger's seat.

                              CARL
                    Will you wear it now?

Mark sits in the passenger's seat. He hesitates, then takes
the necklace.

EXT. TRUCK (POV FROM THE BACK OF THE CAR)

The engine starts. The back bumper rumbles, the sticker on
it blurry. As the engine smoothes, COSE UP on the sticker
reveals a military insignia.

POV FROM THE RAVINE TOWARD THE CAR

As the car drives away, more of the slope is seen, revealing
that the steepness at the turn is just as treacherously deep
as farther down the road.

                                                 FADE OUT:

                         THE END