UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LESLIE WELLER**, | ) |
| Plaintiff, | ) Case No. 1:17-cv-08799 |
| v. | ) |
| | ) Hon. John Robert Blakey |
| **GILLIAN FLYNN, PENGUIN RANDOM HOUSE LLC d/b/a CROWN PUBLISHING GROUP, BRUNA PAPANDREA, LAURA JEANNE REESE WITHERSPOON, LESLIE DIXON, TWENTIETH CENTURY FOX FILM CORPORATION, AND DAVID FINCHER**, | ) |
| Defendants. | ) |

**MOTION OF DEFENDANTS TWENTIETH CENTURY FOX FILM CORPORATION, BRUNA PAPANDREA, LAURA JEANNE REESE WITHERSPOON, AND DAVID FINCHER TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendants Twentieth Century Fox Film Corporation ("Fox"), Bruna Papandrea, Laura Jeanne Reese Witherspoon, and David Fincher (the "Fox Defendants") respectfully request that this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismiss Plaintiff Leslie Weller's amended complaint against them for failure to state a claim. In support of this motion, the Fox Defendants incorporate the accompanying memorandum of law and state as follows:

1. In her amended complaint, Plaintiff purports to assert claims for copyright infringement and vicarious copyright infringement against the Fox Defendants, as well as several other defendants, in connection with the novel and film, *Gone Girl*.

2. Plaintiff's copyright infringement claim fails because she cannot plausibly allege that the film *Gone Girl* infringes her alleged copyright in her screenplay *Out of the Blue* because (i) the works are not substantially similar as a matter of law, and (ii) she has not alleged facts to support a finding that any defendant had an opportunity to access her alleged screenplay.

3.  Because Plaintiff cannot establish direct infringement as a matter of law, Plaintiff's vicarious infringement claim also fails. The vicarious infringement claim fails for the additional reason that Plaintiff has failed to plead facts showing that (i) defendants, at all material times, possessed the right and ability to supervise the infringing activity and (ii) defendants have a direct financial interest in the infringer's activity.

WHEREFORE, for the foregoing reasons and for the reasons set forth in their accompanying memorandum of law, the Fox Defendants respectfully request that this Court enter an order dismissing Plaintiff's amended complaint in its entirety.

Dated: March 1, 2018

Respectfully submitted,

TWENTIETH CENTURY FOX FILM CORPORATION, BRUNA PAPANDREA, LAURA JEANNE REESE WITHERSPOON & DAVID FINCHER

By:     /s/ Richard L. Stone

JENNER & BLOCK LLP
Richard L. Stone (*pro hac vice*)
David R. Singer (*pro hac vice*)
Andrew G. Sullivan (*pro hac vice*)
633 West 5th Street
Suite 3600
Los Angeles, California 90071
Tel: (213) 239-2203
Fax: (213) 239-5199

Ashley M. Schumacher
Laura L. Norris
353 North Clark Street
Chicago, Illinois 60654
Tel: (312) 840-8672
Fax: (312) 840-7776

*Attorneys for Defendants Twentieth Century Fox Film Corporation, Bruna Papandrea, Laura Jeanne Reese Witherspoon and David Fincher*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5 and Northern District of Illinois Local Rule 5.5, the undersigned, an attorney of record in this case, hereby certifies that on March 1, 2018, a true and correct copy of **Motion of Defendants Twentieth Century Fox Film Corp., Bruna Papandrea, Laura Jeanne Reese Witherspoon, and David Fincher to Dismiss Plaintiff's First Amended Complaint** was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

Dated: March 1, 2018    By:     /s/ Ashley M. Schumacher
Ashley M. Schumacher
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Tel: (312) 840-8672

*Attorney for Defendants Twentieth Century Fox Film Corporation, Bruna Papandrea, Laura Jeanne Reese Witherspoon and David Fincher*